Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 2007 NOV 13 PM 3:21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

Mark Darubis
Plaintiff

vs

City of San Diego, San Diego Police Officer Hershman #3773, (+D Towing Specialists, Inc., San Diego Parking Enforcement Officer Parker #8024, San Diego Appeals Clerk Martha Flores
Defendants

**SUMMONS IN A CIVIL ACTION**

Case No. 07 CV 2170 JLS (LSP)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Mark Darubis Pro Per
3802 Rosecrans #442
San Diego Ca 92110
619 793-7288

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    11-13-07
CLERK                                      DATE

By  L. OBERNO  , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)