```
 1  MICHAEL J. AGUIRRE, City Attorney
    EUGENE P. GORDON, Assistant City Attorney
 2  California State Bar No. 42615
        Office of the City Attorney
 3      1200 Third Avenue, Suite 1100
        San Diego, California 92101-4100
 4      Telephone: (619) 533-5800
        Facsimile:  (619) 533-5856
 5
    Attorneys for Defendants CITY OF SAN DIEGO, BYRON HIBSHMAN
 6  AND PATRICIA PARKER
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA DIVISION

| MARK DARULIS, | ) Case No. 07cv2170JLS (LSP) |
|---|---|
| Plaintiff, | ) **DEFENDANTS NOTICE OF MOTION AND MOTION FOR AN ORDER TO DISMISS THE CLAIMS FOR RELIEF AGAINST DEFENDANTS** |
| v. | |
| CITY OF SAN DIEGO; SAN DIEGO POLICE OFFICER HIBSHMAN #3773, C&D TOWING SPECIALISTS, INC.; SAN DIEGO PARKING ENFORCEMENT OFFICER PARKER #8024, SAN DIEGO APPEALS CLERK MARTHA FLORES, | ) Date: February 15, 2008<br>) Time: 10:30 a.m.<br>) Ctrm: 6, 3rd Floor<br>) Judge: Janis L. Sammartino<br>) Cmplt Filed: 11/13/07 |
| Defendants. | ) Trial: Not Set |

TO:    PLAINTIFF MARK DARULIS:

PLEASE TAKE NOTICE that on February 15, 2008, at 10:30 a.m. or as soon thereafter as the matter may be heard in the above-entitled court, Courtroom 6, 3rd Floor, located at 940 Front Street, San Diego, CA 92101, Defendants City Of San Diego, Byron Hibshman and Patricia Parker, will and hereby do move this Court for an order dismissing the claims for relief against them in the Complaint, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) on the ground that each and every cause of action fails to state a claim upon which relief can be granted.

///

///

///

1

1 | The motions will be based on this Notice of Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.

Dated: December 28, 2007

MICHAEL J. AGUIRRE, City Attorney

By  /s/  EUGENE P. GORDON
Eugene P. Gordon
Assistant City Attorney

Attorneys for Defendants CITY OF SAN DIEGO, BYRON HIBSHMAN AND PATRICIA PARKER