UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DARULIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>　　　　　Defendants. | Case No.: 07cv2170JLS (LSP)<br><br>**DECLARATION OF SERVICE** |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the service list attached hereto the following documents,

**DEFENDANTS NOTICE OF MOTION AND MOTION FOR AN ORDER TO DISMISS THE CLAIMS FOR RELIEF AGAINST DEFENDANTS**

**DEFENDANTS CITY OF SAN DIEGO, BYRON HIBSHMAN AND PATRICIA PARKER'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE CLAIMS FOR RELIEF AGAINST DEFENDANTS**

in the following manner:  (Check one)

1)___   By personally serving the individual named by personally delivering the copies to the offices of the addressee.  Time of delivery: _____ a.m./p.m.

2)_    By placing a copy in a sealed envelope and placing it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practices.

3) **XX**   By electronic filing, I served each of the above referenced documents by E filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

**Notice will be delivered by U.S. Mail to:**
Mark Darulis
3802 Rosecrans, #442
San Diego, CA 92110

Executed: December 28, 2007, at San Diego, California.

_____
MARY YEOMANS