1 | DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
Superior Court of California, County of San Diego
2 | By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
3 | 220 West Broadway
San Diego, California  92101
4 | Telephone: (619) 531-3036
5 | Facsimile: (619) 685-6606

6 | Attorneys for Defendant, Martha Flores, Court Operations Clerk of the Superior
7 |        Court of California, County of San Diego (Erroneously sued and served as
       "San Diego Appeals Clerk Martha Flores")
8

9 | **UNITED STATES DISTRICT COURT**
10 | **SOUTHERN DISTRICT OF CALIFORNIA**
11

12 | MARK DARULIS,                          ) Case No.: 07-CV-02170-JLS-LSP
13 |                                        )
          Plaintiff,                        ) DEFENDANT STATE TRIAL COURT
14 |                                        ) CLERK'S NOTICE OF MOTION TO
                                            ) DISMISS THE COMPLAINT WITH
15 |     v.                                 ) PREJUDICE
                                            )
16 | CITY OF SAN DIEGO ET AL.,              )
                                            ) Date:  February 15, 2008
17 |                                        ) Time:  10:30 a.m.
                                            ) Crtrm: 6, Third Floor
18 |      Defendants.                       ) Judge: The Hon. Janis L. Sammartino

19 |      TO PLAINTIFF MARK DARULIS IN PRO SE:

20 |      PLEASE TAKE NOTICE that on February 15, 2008, at 10:30 a.m., in
21 | Courtroom 6, on the Third floor of the United States District Court for the Southern
22 | District of California, located at 940 Front Street, San Diego, California 92101,
23 | before the Honorable Janis L. Sammartino, Defendant Martha Flores, Court
24 | Operations Clerk of the Superior Court of California, County of San Diego, will
25 | move to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure
26 | ("FRCP") rules 12(b)(1), 12(b)(2), and 12(b)(6), on the following grounds:
27 |      1.    FRCP 12(b)(1) ("lack of jurisdiction over the subject matter")--This
28 | Court lacks jurisdiction over the subject matter of this action based upon state

sovereign immunity; the *Rooker-Feldman* abstention doctrine, that a federal court lacks the authority to review a state court decision;

    2.    FRCP 12(b)(6) ("failure to state a claim upon which relief can be granted")--The Complaint fails to state a claim for which relief can be granted against the moving Defendant based upon the principle of judicial immunity; and

    3.    FRCP 12(b)(2) ("lack of jurisdiction over the person")--This Court lacks jurisdiction over Defendant based upon the principle of state sovereign immunity of the State.

The Motion to Dismiss will be based on this Notice, on the Memorandum of Points and Authorities filed herewith, and on the Request for Judicial Notice of Exhibits A-H (filed herewith), and Declaration of Cheryl L. Brierton (filed herewith), on the pleadings and other papers filed herein and on such argument that may be presented at the hearing hereon.

Respectfully submitted,

DARLENE A. DORNAN, Court Counsel
Superior Court of California, County of San Diego

DATED:

December 28, 2007

By: ___s/ Cheryl L. Brierton_____
    CHERYL L. BRIERTON, Litigation Attorney
Attorney for Defendant, Martha Flores, Court Operations Clerk of the Superior Court of California, County of San Diego