DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
Superior Court of California, County of San Diego
By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
220 West Broadway
San Diego, California  92101
Telephone: (619) 531-3036
Facsimile: (619) 685-6606

Attorneys for Defendant, Martha Flores, Court Operations Clerk of the Superior Court of California, County of San Diego (Erroneously sued and served as "San Diego Appeals Clerk Martha Flores")

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DARULIS,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO ET AL.,<br><br>            Defendants. | Case No.: 07-CV-02170-JLS-LSP<br><br>DECLARATION IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE ON DEFENDANT STATE COURT TRIAL COURT CLERK'S MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE<br><br>**[No Oral Argument Requested]**<br><br>Date:  February 15, 2008<br>Time:  10:30 a.m.<br>Crtrm: 6, Third Floor<br>Judge: The Hon. Janis L. Sammartino |

    1.    I am a licensed attorney employed by the Superior Court of California, County of San Diego.  I am licensed to practice law in the State of California and have also been admitted to practice before the Courts of Appeals for the Ninth and the Federal Circuits, and before the Southern, Central and Eastern Districts of California.  I have personal knowledge of the matters stated herein and if called as a witness, I would competently testify thereto.

    2.    Attached to the Request for Judicial Notice as Exhibit A is a true and correct copy of the following document:  Order by Judge Mason dated June 26,

2007, in *People of the State of California v. Mark Darulis*, California State Trial Court No. 0207418;

3.  Attached to the Request for Judicial Notice is a true and correct copy (reduced from legal to letter size) of Exhibit B:  Minutes of No Contest Plea on March 6, 2006 in *People of the State of California v. Mark Darulis*, California State Trial Court No. 0207418;

4.  Attached to the Request for Judicial Notice is a true and correct copy of Exhibit C:  Order of the Appellate Division of the California Court dated February 16, 2007, in *People of the State of California v. Mark Darulis*, California Superior Court Appellate Division Case No. 201090 (California State Trial Court No. 0207418);

5.  Attached to the Request for Judicial Notice is a true and correct copy of Exhibit D:  Remittitur issued March 16, 2007 in *People of the State of California v. Mark Darulis*, California Superior Court Appellate Division Case No. 201090 (California State Trial Court No. 0207418);

6.  Attached to the Request for Judicial Notice is a true and correct copy of Exhibit E:  Order dated March 28, 2007 by the California Court of Appeal, denying petition for transfer in Docket No. D050553, *People of the State of California v. Mark Darulis* (California Superior Court Appellate Division Case No. 201090, California State Trial Court No. 0207418);

7.  Attached to the Request for Judicial Notice is a true and correct copy (reduced from legal to letter size) of Exhibit F:  Minutes of May 23, 2007 (erroneously dated May 23, 2006) in *People of the State of California v. Mark Darulis*, California

State Trial Court No. 0207418;

8.  Attached to the Request for Judicial Notice is a true and correct copy of Exhibit G: "Notice of Appeal from an Order dated May 23, 2007" (erroneously dated May 21, 2007) relating to *People of the State of California v. Mark Darulis*, California State Trial Court No. 0207418;

9.  Attached to the Request for Judicial Notice is a true and correct copy of Exhibit H: Complaint in *Mark Darulis v. City of San Diego et al.*, United States District Court, Southern District of California, Case No.: 07-CV-2170-JLS-LSP.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of December 2007, in San Diego, California.

                ___s/ Cheryl L. Brierton_____
                CHERYL L. BRIERTON, Litigation Attorney