# EXHIBIT TABLE OF CONTENTS

Page

EXHIBIT A      Order by Judge Mason dated June 26, 2007, in *People of the State of California v. Mark Darulis*, California State Trial Court No. 0207418……………………..…………………….. A.1

EXHIBIT B      Minutes of No Contest Plea on March 6, 2006 in *People of the State of California v. Mark Darulis*, California State Trial Court No. 0207418…………………………………………. B.1

EXHIBIT C      Order of the Appellate Division of the California Court dated February 16, 2007, in *People of the State of California v. Mark Darulis*, California Superior Court Appellate Division Case No. 201090 (California Court State Trial No. 0207418)... C.1

EXHIBIT D      Remittitur issued March 16, 2007 in *People of the State of California v. Mark Darulis*, California Superior Court Appellate Division Case No. 201090 (California State Trial Court No. 0207418)……………………………………….... D.1

EXHIBIT E      Order dated March 28, 2007 by the California Court of Appeal, denying petition for transfer in Docket No. D050553, *People of the State of California v. Mark Darulis* (California Superior Court Appellate Division Case No. 201090, California State Trial Court No. 0207418)……………..……… E.1

EXHIBIT F      Minutes of May 23, 2007 (erroneously dated May 23, 2006) in *People of the State of California v. Mark Darulis*, California State Trial Court No. 0207418.....………………… F.1

EXHIBIT G      "Notice of Appeal from an Order dated May 23, 2007 (erroneously dated May 21, 2007) relating to *People of the State of California v. Mark Darulis*, California State Trial Court No. 0207418…………………………………………….. G.1

EXHIBIT H      Complaint in *Mark Darulis v. City of San Diego et al.*, United States District Court, Southern District of California, Case No.: 07-CV-2170-JLS-LSP………………………………. H.1

**EXHIBIT A**

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN DIEGO

**DATE:** June 26, 2007     **DEPT:** DEPT     **REPORTER A:** REPORTER A     **CSR#** CSR A

**PRESENT HON.:** Wesley R. Mason III
            **JUDGE**     **REPORTER B:** REPORTER B     **CSR#** CSR B

**CLERK:** J. Parra

**BAILIFF:** BAILIFF

**REPORTERS' ADDRESS: P.O. BOX 120128
SAN DIEGO, CA 92112-0128**

---

0207418  Mark Darulis

      The Court has reviewed the defendant's hand written request submitted ex parte seeking a court order compelling the clerk's office to time stamp and file stamp a Notice of Appeal.

      The Court in reviewing the file takes judicial notice that the defendant's appeal in this traffic matter was denied February 16, 2007 and the Remittitur issued with the conviction becoming final on March 16, 2007.

      The Court hereby denies the defendant's further motion as the conviction in this case is final and the Court lacks jurisdiction to hear further motions thereon.

                                        It is so ordered.

                                        Honorable Wesley R. Mason III
                                        Acting Supervising Judge of the San Diego Superior Court
                                        South County Division.

A.1

**EXHIBIT B**

*Change of Plea Hearing*

Booking # _____ & DOB _____   **SAN DIEGO SUPERIOR COURT**   ☐ FTB/COD

☐ CENT   ☐ KEARNY MESA BRANCH   ☐ EAST COUNTY   ☐ RAMONA BRANCH   ☐ NORTH COUNTY   ☒ SOUTH COUNTY

DATE 03-06-06   NAME: Darulis, Mark   CITATION: 0207 4181 5

CHARGE(S): VC 22350   TAPE: 1   COUNTER: _____

**APPEARANCES:** Deft. appears ☒ in Pro Per ☐ with/ ☐ without/ ☐ by counsel ☐ at counter ☐ by correspondence ☐ Personal Presence Waived.

Attorney _____ ☐ PD☐ Counseling ☐ CAC ☐ Retained ☐ Video Hearing ☐ IN CUSTODY ☐ Defendant not produced in courtroom

☐ DDA ☐ DCA _____ present   Interpreter _____ ☐ Sworn ☐ Qualified ☐ Waives conflict for arraignment only.

**ARRAIGNMENT:** ☐ Deft advised of constitutional rights by ☒ Court ☐ Counsel. ☐ Rights form filed. *(see reverse) Complaint ☐ read ☐ waived
☐ Court amends complaint to add defendant: _____ ☐ Pursuant to VC 40001(a)
☐ People/Court amend complaint as to Count(s) _____, violation(s) _____ ☐ added ☐ by interlineation ☐ LIO of Count _____
☐ Count(s) _____ declared an infraction(s) with the defendant's consent.
☐ Defendant enters a plea of NOT GUILTY to ☐ Count(s) _____ ☐ all unadjudicated charges and denies allegations/priors. ☐ Not guilty plea affirmed.

**COUNSEL:** ☐ PRO PER status granted. Waiver filed.
☐ Defendant requests appointment of counsel ☐ granted ☐ PD ☐ PCC _____ ☐ denied ☐ NIP ☐ Retain own
☐ The Court finds that the defendant ☐ does ☐ does not   have the ability to repay the county for the costs of court appointed counsel

**COURT DATES:** Time is ☐ waived ☐ demanded for ☐ arraignment ☐ trial. ☐ 30/45 _____ Jury Trial ☐ waived ☐ demanded
On motion of ☐ People ☐ Defense ☐ Joint ☐ Court   ☒ VACATE ☐ CONFIRM Court Trial 03-10-06
Matter is ☐ set ☐ continued for: **

| | | | |
|---|---|---|---|
| ☐ RE: ATTORNEY | at _____ in Dept. _____ | ☐ JURY TRIAL | at _____ in Dept. _____ |
| ☐ ARRAIGNMENT | at _____ in Dept. _____ | ☐ COURT TRIAL | at _____ In Dept. _____ |
| ☐ BAIL REVIEW | at _____ in Dept. _____ | ☐ TRIAL BY DECLARATION | at _____ in Dept. _____ |
| ☐ READINESS/OWT | at _____ in Dept. _____ | ☐ DEF. ENTRY OF JUDG. | at _____ in Dept. _____ |
| ☐ SENTENCING | at _____ in Dept. _____ | ☐ FURTHER PROCEEDINGS | at _____ in Dept. _____ |
| ☐ PC 1214.1 | at _____ in Dept. _____ | ☐ ** | at _____ in Dept. _____ |

With Case(s): _____

**CONVICTION:** ☒ WITHDRAWS prior plea of ☒ not guilty ☐ guilty as to Count(s) _____
☐ Court determines ☐ Counsel represents defendant understands the nature of the charge(s), the elements of the offense(s), the consequences of his/her plea including the effect of admission of any prior convictions or probation violations. ☐ Deft. advised* (see reverse)
☒ Defendant understands his/her constitutional rights and waives said rights.* (see reverse)
**DEFENDANT PLEADS:** ☐ GUILTY ☒ NO CONTEST to Count(s) _____ ☐ ALL ☐ Plea form executed and filed herein.
On motion of ☐ People ☐ Court: ☐ DISMISS ☐ Case ☐ remaining Count(s) _____ in the furtherance of justice: ☐ LOP ☐ IOE ☐ POC
☒ upon plea to _____ ☐ upon filing of proof of correction ☐ when fees paid in full. ☐ as to _____
Defendant ☒ waives ☐ demands time for sentencing. ☐ Sentence Modified as to Count(s) _____ ☐ Probation ☐ denied ☐ granted

**JUDGMENT**

Imposition of sentence suspended for a period of _____ years
Upon the following conditions:

| | Count 1 | Count 2 | Count 3 | Count 4 | Count 5 | Count 6 | Amounts Due |
|---|---|---|---|---|---|---|---|
| Pay a **FINE** (including Penalty Assessment) | 176 | | | | | | $ |
| ☐ Amount Suspended ☐ CTS | | | | | | | $ |
| ☐ Amount suspended for _____ mos./years | | | | | | | |
| Pay Dismissal Fee ☐ Fee Waived | | | | | | | +$ |
| Pay Victim's Restitution Fine/ Misdemeanor Fee | | | | | | | +$ |
| Pay Court Security Fee | | | | | | | +$ |
| Pay Traffic School Fee ☐ TS certificate filed | | | | | | | +$ |
| Attend ☐ TS 8/16 hr. ☐ CBI 8 / 12 hr. ☐ Judgment Stayed violation(s) to be dismissed upon proof and fees ☐ Traffic school ordered as an entertainment, no dismissal | 176 | | | | | | |
| Attend ☐ CSS ☐ FCP Education only (SB1176) ☐ CBI Youthful Visitation Program | | | | | | | |
| Violate no same or similar offense | | | | | | | |
| Do not drive w/o a valid driver's license and liability insurance | | | | | | | |
| Pay AR Fee ☐ ☐ $30 ☐ $35 ☐ Waived | | | | | | | +$ |

JURIS ☐CCMS
MAR 14 2006
H. TALTON

PAID TODAY $ _____

☐ Serve _____ days / hrs. in the custody of the Sheriff; _____ days suspended _____ days / hrs. CTS ( _____ days actual _____ days PC4019)
☐ Serve FORTHWITH ☐ Book & Release forthwith. ☐ Work Release Authorized (see reverse) ☐ Serve ☐ consecutive to ☐ concurrent with:
☐ Consecutive weekends ☐ NO Early release ☐ NO County Parole ☐ NO ESP
☐ In lieu of fine ☐ may ☐ must ☐ complete _____ days PSWP. ☐ _____ hours VOLUNTEER WORK ☐ AT $ _____/hr. by _____ ☐ Fee waived
☐ In lieu of $ _____ and/or _____ day license suspension, ☐ attend _____ AA/NA meetings. ☐ Attend MADD □ _____
☐ Not use or possess any controlled substance without a prescription. ☐ Totally abstain from drinking alcoholic beverages.
☐ Court finds compelling reason(s) not to suspend license. ☐ Defendant requesting restricted license. ☐ GRANTED ☐ Critical need found. ☐ DENIED
☐ Driver's license ☐ suspended ☐ restricted for _____ days/mos. Commencing ☐ forthwith ☐ by _____ ☐ surrendered ☐ See OTHER
☐ May drive. ☐ to/from work ☐ in the course of employment ☐ to/from school ☐ in medical emergencies ☐ in the course of court ordered programs
☐ impounded for 30 days pursuant to VC40508(d) ☐ DL310 ☐ verbal ☐ written) ☐ DL145 _____ issued
☐ Ignition Interlock Device ordered for _____ yrs., see addendum. ☐ Not own or operate a vehicle without a functioning IID. ☐ IID not ordered (I.O.J.)
☐ Upon valid proof of ☐ insurance ☐ driver's license ☐ registration ☐ proof of correction ☐ CSS by _____ ☐ Proof presented in court.
☐ $ _____ to be suspended as to Count(s) _____ ☐ for _____ years, no same or similar violations.
☐ Count(s) _____ to be dismissed ☐ upon payment of $10.00/$40.00 fee.
☐ Prior ☐ plea ☐ conviction ☐ judgment set aside on Count(s) _____ ☐ Count(s) _____ dismissed, fees paid./
**CIVIL ASSESSMENT** ☐ REMAINS ☐ REDUCED TO $ _____ ☐ VACATED ☐ BALANCE SUSPENDED ☐ STAYED UNTIL _____
☐ Set aside. ☐ Consecutive ☐ Concurrent to all other collection agency cases.
**MISCELLANEOUS FEES:** ☐ Court Costs of $ _____ ☐ set aside ☐ added to fine ☐ waived if paid/proof submitted timely.
☐ Booking fee $ _____ Counseling/CAC fee of $ _____ ☐ included in fine ☐ added to fine ☐ to be paid by _____ ☐ waived
☐ Abstract to DMV: ☐ Amended K ☐ DL 106R ☐ DL515 ☐ DL 106 ☐ DL 157 ☐ On-Line ☐ Hard Copy ☐ _____ Fee $ _____ paid forthwith. ☐ waived
Pay fine, file proof or appear if unable to comply   **TOTAL AMOUNT DUE:** $ _____ 175 due **ON OR BEFORE:** 05-05-06
Payments granted at $ _____/month, commencing _____ ☐ Consecutive ☐ Concurrent with _____
☐ DEFENDANT ORDERED TO REPORT TO ☐ COURT COLLECTION OFFICER ☐ COLLECTION AGENCY ☐ FORTHWITH ☐ BY: _____   Room _____
**CUSTODY STATUS** ☐ Deft. REMANDED to custody of Sheriff, bail $ _____ ☐ WITHOUT BAIL ☐ as set ☐ increased ☐ reduced
☒ Deft. RELEASED: ☐ on bail previously posted on probation ☐ credit for time served ☐ after booking ☐ OR/SOR ☒ this case only
☐ Post $ _____ ☐ Forthwith ☐ By _____
**WARRANT** ☐ DEFENDANT FAILED TO APPEAR ☐ O.R. Release revoked ☐ Probation revoked ☐ Affidavit req. ☐ Civil Assessment Ordered
Warrant ordered: ☐ Bench $ _____ ☐ VC 40508(a) ☐ PC 853.7 ☐ Commit: _____ days ☐ forthwith ☐ in due course ☐ Schedule for Court
☐ RECALL WARRANT _____ ☐ Order for warrant/civil assessment rescinded. ☐ Held to _____ ☐ Night Service Authorized ☐ MANDATORY APPEARANCE
**BAIL STATUS** ☐ Exonerated ☐ Continued ☐ Forfeited ☐ Forfeiture set aside ☐ Reinstated ☐ Upon payment of $ _____ court cost ☐ **cost waived**
☐ Bail to apply to fine/fees, refund any balance ☐ refund fine/fees ☐ Bail not to apply to Civil Assessment
OTHER:

☐ Judge ☒ Commissioner ☐ Referee ☐ By Stipulation ☐ Judge Pro Tem   G. BLECH   Clerk _____

DISTRIBUTION: DEFT. JAIL ATTY. PROV. WRP WK FUR PSWP R&R PROB INTERP. AB MV DISPLAY SAAU CCO COL AGENCY DMV

**B.1**

**EXHIBIT C**

F i L E D
Clerk of the Superior Court

FEB 1 6 2007

By: Anthony Shirley, Deputy

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF SAN DIEGO**

**APPELLATE DIVISION**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | SUPERIOR COURT CASE NO. CA 201090 |
| Plaintiff and Respondent, | TRIAL COURT CASE NO. 0207418 (South County Judicial District) |
| v. | |
| MARK K. DARULIS, | **O R D E R** |
| Defendant and Appellant. | |

The ruling of the trial court denying Appellant's suppression motion is unanimously affirmed. Appellant's request for the dismissal of his case due to delays in the processing of the appeal is unanimously denied.

Dated: 2/16/07

_____ P.J.
PETER DEDDEH

_____ J.
LOUIS HANOIAN

_____ J.
STEPHANIE SONTAG

APP02-16-07P16

C.1

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**<br>☒ COUNTY COURTHOUSE, 220 W. BROADWAY, SAN DIEGO, CA 92101-3814<br>☐ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827<br>☐ FAMILY COURT, 1555 6TH AVE, SAN DIEGO, CA 92101-3294<br>☐ MADGE BRADLEY BLDG., 1409 4TH AVE., SAN DIEGO, CA 92101-3105<br>☐ KEARNY MESA BRANCH, 8950 CLAIREMONT MESA BLVD., SAN DIEGO, CA 92123-1187<br>☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92083-6643<br>☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941<br>☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200<br>☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649<br>☐ JUVENILE COURT, 2851 MEADOW LARK DR., SAN DIEGO, CA 92123-2792<br>☐ JUVENILE COURT, 325 S. MELROSE DR., VISTA, CA 92083-6634 | *FOR COURT USE ONLY*<br><br>F  I    L    E  D<br>**Clerk of the Superior Court**<br><br>MAR 1 6 2007 |
| PLAINTIFF(S)/PETITIONER(S)<br><br>PEOPLE | |
| DEFENDANT(S)/RESPONDENT(S)<br><br>MARK K. DARULIS | JUDGE:    PETER C. DEDDEH<br>DEPT: |
| **CLERK'S CERTIFICATE OF SERVICE BY MAIL**<br>**(CCP 1013a(4))** | CASE NUMBER<br>CA201090 |

I, certify that:  I am not a party to the above-entitled case; that on the date shown below, I served the following document(s):
ORDER dated 02/16/07;REMITTITUR

on the parties shown below by placing a true copy in a separate envelope, addressed as shown below; each envelope was then sealed and, with postage thereon fully prepaid, deposited in the United States Postal Service at:    ☒  San Diego    ☐  Vista    ☐  El Cajon
☐  Chula Vista    ☐  Ramona, California.

### NAME & ADDRESS

Mark Darulis
3802 Rosecrans #442
San Diego, CA 92110

### NAME & ADDRESS

Bonnie Dumanis, District Attorney
Lissa Balotro, Deputy
500 Third Ave., 3rd Floor
Chula Vista, CA  91910

**CLERK OF THE SUPERIOR COURT**

Date:  March 16, 2007                    by _____, Deputy
Neil Damron

CLERK'S CERTIFICATE OF SERVICE BY MAIL

C.2

**EXHIBIT D**

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN DIEGO<br>APPELLATE DIVISION<br>COUNTY COURTHOUSE - 220 WEST BROADWAY - SAN DIEGO, CA | FOR COURT USE ONLY |
|---|---|
| PEOPLE<br><br>Respondent<br>vs.<br><br>MARK K. DARULIS<br><br>Appellant | F I L E D<br>Clerk of the Superior Court<br><br>MAR 1 6 2007 |
| | From SOUTH COUNTY Court |
| **REMITTITUR**<br>(CRC Rule 8.773, 8.793) | AD CA201090 |
| | LJ 0207418 |

I, certify the attached is a true and correct copy of the original order or opinion entered in the above-entitled

case on February 16, 2007 and the order or opinion has now become final.

Witness my hand and seal of the Court



Date:  March 16, 2007

CLERK OF THE SUPERIOR COURT

by _____, Deputy

Neil Damron

---

**CLERK'S CERTIFICATE**

The foregoing is a full, true and correct copy of the original on file in this office.

Date:  March 16, 2007

CLERK OF THE SUPERIOR COURT

by _____, Deputy

Neil Damron

---

SDSC APL-4(Rev. 1-07)                                  **REMITTITUR**

D.1

**EXHIBIT E**

COURT OF APPEAL - STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION ONE

THE PEOPLE,
Plaintiff and Respondent,
v.
MARK K. DARULIS,
Defendant and Appellant.
**D050553**
**San Diego County No. CA201090**
**San Diego County No. 0207418**

THE COURT:

The petition for transfer filed on March 26, 2007, under California Rules of Court, rule 8.1008(b), has been read and considered by Justices Benke, Huffman and Nares. The petition is DENIED.

*Benke*
_____
Acting Presiding Justice

cc: San Diego County Clerk of the Superior Court
    All Counsel

E.1

**EXHIBIT F**

Booking # _____  DOB _____  **SAN DIEGO SUPERIOR COURT**  ☐ FTB/COD ☐ CA-FTA ☐ CA-FTP
☐ CENTRAL ☐ KEARNY MESA BRANCH ☐ EAST COUNTY ☐ RAMONA BRANCH ☐ NORTH COUNTY ☒ SOUTH COUNTY

DATE: 5-23-06  NAME: Darulis, Mark K  CITATION: 0207418 / 16 ☐ DEPT

CHARGE(S): VC 22350(a)  TAPE: _____  COUNTER: _____

**APPEARANCES:** Deft. appears ☒ In Pro Per ☐ with ☐ without ☐ by counsel ☐ at counter ☐ by correspondence ☐ Personal Presence Waived.

Attorney _____ ☐ PD☐ Counseling ☐ CAC ☐ Retained ☐ Video Hearing ☒ **IN CUSTODY** ☐ Defendant not produced in courtroom
☒DDA ☐DCA  B. McHugh  present  Interpreter _____ ☐ Sworn ☐ Qualified ☐ Waives conflict for arraignment only.

**ARRAIGNMENT:** Deft advised of constitutional rights by ☐ Court* ☐ Counsel. ☐ Rights form filed. *(see reverse) Complaint ☐ read ☐ waived
☐ Court amends complaint to add defendant: _____  ☐ Pursuant to VC 40001(a)
☐ People/Court amend complaint as to Count(s) _____, violation(s) _____  ☐ added ☐ by interlineation ☐ LIO of Count _____
☐ Count(s) _____ declared an infraction(s) to Count(s) _____ ☐ all unadjudicated charges and denies allegations/priors. ☐ Not guilty plea affirmed.
☐ Defendant enters a plea of **NOT GUILTY** to ☐ Count(s) _____

**COUNSEL:** ☐ PRO PER status granted. Waiver filed.
☐ Defendant requests appointment of counsel ☐ granted ☐ PD ☐ APD ☐ PCC _____ ☐ denied ☐ NIP ☐ Retain own
☐ The Court finds that the defendant ☐ does ☐ does not  have the ability to repay the county for the costs of court appointed counsel.

**COURT DATES:** Time is ☐ waived ☐ demanded for ☐ arraignment ☐ trial. 30/45 _____ **Jury Trial** ☐ waived ☐ demanded
On motion of ☐ People ☐ Defense ☐ Joint ☐ Court  ☐ **VACATE** ☐ **CONFIRM**
Matter is ☐ set ☐ continued for: **

| | | | |
|---|---|---|---|
| ☐ RE: ATTORNEY | at | in Dept. | ☐ JURY TRIAL | at | in Dept. |
| ☐ ARRAIGNMENT | at | in Dept. | ☐ COURT TRIAL | at | In Dept. |
| ☐ BAIL REVIEW | at | in Dept. | ☐ TRIAL BY DECLARATION | at | In Dept. |
| ☐ READINESS/DWT | at | in Dept. | ☐ DEF. ENTRY OF JUDG. | at | in Dept. |
| ☐ SENTENCING | at | in Dept. | ☐ FURTHER PROCEEDINGS | at | in Dept. |
| ☐ PC 1214.1 | at | in Dept. | ☐ ** | at | in Dept. |

With Case(s): _____

**CONVICTION:** ☐ **WITHDRAWS** prior plea of ☐ not guilty ☐ guilty as to Count(s) _____
☐ Court determines ☐ Counsel represents defendant understands the nature of the charge(s), the elements of the offense(s), the consequences of his/her plea including the effect of admission of any prior convictions or probation violations. ☐ Deft. advised* (see reverse)
☐ Defendant understands his/her constitutional rights and waives said rights.* (see reverse)

**DEFENDANT PLEADS:** ☐ **GUILTY** ☐ **NO CONTEST** to Count(s) _____, ☐ ALL ☐ Plea form executed and filed herein.
On motion of ☐ People ☐ Court: ☐ **DISMISS** ☐ Case ☐ remaining Count(s) _____ in the furtherance of justice: ☐ LOP ☐ IOE ☐ POC
☐ upon plea to _____ ☐ upon filing of proof of correction when fees paid in full. ☐ as to _____ ☐ IDENTITY
Defendant ☐ waives ☐ demands time for sentencing. ☐ Sentence Modified as to Count(s) _____ ☐ Probation ☐ denied ☐ granted

**JUDGMENT**

| | Count 1 | Count 2 | Count 3 | Count 4 | Count 5 | Count 6 | Amounts Due |
|---|---|---|---|---|---|---|---|
| Imposition of sentence suspended for a period of ___ years Upon the following conditions: | | | | | | | |
| Pay a **FINE** (including Penalty Assessment and Court Security Fee) | | | | | | | $ |
| ☐ Amount suspended for _____ mos./years ☐ CTS | | | | | | | -$ |
| Pay Dismissal Fee ☐ Fee Waived | | | | | | | +$ |
| Pay Victim's Restitution Fine/ Misdemeanor Fee | | | | | | | +$ |
| Probation Revocation Restitution Fine Imposed & Suspended | | | | | | | +$ |
| Pay Traffic School Fee ☐ TS certificate filed | | | | | | | +$ |
| Attend ☐ TS 8 / ☐ 16 hr. ☐ CBI 8 / ☐ 12 hr. ☐ Judgment Stayed violation(s) to be dismissed upon proof and fees ☐ Traffic school ordered as an **enhancement** no dismissal | | | | | | | |
| Attend ☐ CSS ☐ FCP Education only (SB1176) ☐ CBI Youthful Visitation Program | | | | | | | |
| Violate no same or similar offense | | | | | | | |
| Do not drive w/o a valid driver's license and liability insurance | | | | | | | |
| Pay AR Fee ☐ ☐ $30 ☐ $35 ☐ Waived | | | | | | | +$ |
| | | | | | | **PAID TODAY** | $ |

☐ **SERVE** _____ days / hrs. in the **CUSTODY** of the Sheriff; _____ days suspended _____ days / hrs. ( _____ days actual _____ days PC4019)
☐ _____ days custody stayed pending successful completion of probation. ☐ Serve ☐ consecutive to ☐ concurrent with _____
☐ Serve FORTHWITH ☐ Book & Release forthwith. ☐ Work Release Authorized (see reverse) ☐ Consecutive weekends
☐ Report on _____ at _____ ☐ NO Early release ☐ NO County Parole ☐ NO ESP ☐ At deft's. request - infraction
☐ In lieu of fine ☐ may ☐ must ☐ complete _____ days PSWP. ☐ _____ hours VOLUNTEER WORK ☐ AT $ _____ /hr. by _____ ☐ Fee waived
☐ In lieu of $ _____ and/or _____ day license suspension. ☐ attend _____ AA/NA meetings. ☐ **Attend MADD** ☐ _____
☐ Not use or possess any controlled substance without a prescription. ☐ Totally abstain from drinks alcoholic beverages.
☐ Court finds compelling reason(s) not to suspend license. ☐ Defendant requesting restricted license. ☐ GRANTED ☐ Critical need found. ☐ DENIED
☐ Driver's license ☐ suspended ☐ restricted for _____ days/mos. Commencing ☐ forthwith ☐ by _____ ☐ surrendered ☐ See OTHER
☐ May drive: ☐ to/from work ☐ in the course of employment ☐ to/from school ☐ in medical emergencies ☐ in the course of court ordered programs
☐ impounded for 30 days pursuant to VC40508(d) ☐ DL310 ☐ Verbal ☐ written) ☐ DL145 _____ issued
☐ Ignition Interlock Device ordered for _____ yrs., see addendum. ☐ Not own or operate a vehicle without a functioning IID. ☐ IID not ordered (I.O.J.)
☐ Upon valid proof of ☐ insurance ☐ driver's license ☐ registration ☐ proof of correction ☐ CSS by _____ ☐ Proof presented in court.
☐ $ _____ to be suspended as to Count(s) _____ ☐ for _____ years, no same or similar violations.
☐ Count(s) _____ to be dismissed ☐ upon payment of $10.00 fee. ☐ Prior ☐ plea ☐ conviction ☐ judgment set aside on Count(s) _____
**CIVIL ASSESSMENT** ☐ REMAINS ☐ REDUCED TO $ _____ ☐ VACATED ☐ BALANCE SUSPENDED ☐ STAYED UNTIL _____
☐ Set aside. ☐ Consecutive ☐ Concurrent to all other collection agency cases.
**MISCELLANEOUS FEES:** ☐ Court Costs of $ _____ ☐ added to fine ☐ set aside ☐ waived if paid/proof submitted timely.
☐ Booking fee $ _____ Counseling/CAC fee of $ _____ ☐ included in fine ☐ added to fine ☐ to be paid by _____ ☐ waived
☐ Abstract to DMV: ☐ On-Line ☐ Amended K ☐ FTA ☐ FTP ☐ DL 157 ☐ Traffic School Proof due _____
Pay fine, file proof or appear
if unable to comply  **TOTAL AMOUNT DUE: $** _____  **ON OR BEFORE:** _____
Payments granted at $ _____ /month, commencing _____ ☐ Consecutive ☐ Concurrent with _____ Room _____
☐ **DEFENDANT ORDERED TO REPORT TO** ☐ COURT COLLECTION OFFICER ☐ COLLECTION AGENCY ☐ FORTHWITH ☐ BY: _____
CUSTODY STATUS ☒ RELEASE: ☐ OR*** ☐ On probation ☐ this case only ☐ **ON BAIL** ☐ Post $ _____ ☐ Forthwith ☐ By _____
☐ REMANDED to the custody of the Sheriff, BAIL $ _____ (as set / increased / decreased). ☐ NO BAIL ☐ CREDIT TIME SERVED
**WARRANT** ☐ **DEFENDANT FAILED TO APPEAR** ☐ O.R. Release revoked ☐ Probation revoked ☐ Affidavit req. ☐ Civil Assessment Ordered
Warrant ordered: ☐ Bench $ _____ ☐ VC 40508(a) ☐ PC 853.7 ☐ PC 166.4 ☐ Commit: _____ days ☐ forthwith
☐ in due course ☐ Held to: _____ ☐ SCHEDULE FOR COURT ☐ Night Service Authorized ☐ MANDATORY APPEARANCE
☐ **RECALL WARRANT** _____ ☐ Order for warrant/civil assessment rescinded
**BAIL STATUS** ☐ Exonerated ☐ Continued ☐ Forfeited ☐ Forfeiture set aside ☐ Reinstated ☐ Upon payment of $ _____ court cost ☐ cost waived
☐ Bail to apply to fine/fees, refund any balance ☐ refund fine/fees ☐ Bail not to apply to Civil Assessment
**OTHER:** Defendants motion to vacate plea is Denied

☐ Judge ☐ Commissioner ☐ Referee ☐ By Stipulation ☐ Judge Pro Tem  Trenta Costa  Clerk M Barco
DISTRIBUTION: DEFT.  JAIL  ATTY.  DA/CA  WRP  WK FUR  PSWP  R&R  PROB  INTERP.  ARR. AGENCY  SAAU  CCO  COLL AGENCY  DMV: _____

**CONVELOPE  ARRAIGNMENT MINUTE ORDER**

SDSC MO-2(Rev. 8 06)

F.1

**EXHIBIT G**

MINE

TR-155

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):

Mark Darulis Pe Per
3802 Rosecrans # 442
San Diego Ca 92110

TELEPHONE NO.: 619 793 7288    FAX NO.:

ATTORNEY FOR (Name):

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 500 3rd Ave
MAILING ADDRESS: Same
CITY AND ZIP CODE: Chula Vista Ca 91910
BRANCH NAME:

FOR COURT USE ONLY

PEOPLE OF THE STATE OF CALIFORNIA
VS.
DEFENDANT/APPELLANT (Name):    Mark Darulis

**NOTICE OF APPEAL (Infraction)**

CASE NUMBER:
0207 418

Defendant/Appellant (Name): Mark Darulis _____ in the above-entitled action hereby appeals to the
Appellate Division of the Superior Court in and for the County of (name): San Diego
State of California, from the [ ] judgment and/or [X] order entered in the above-named trial court on
(date): 5-21-07

Date: 6-19-07

MARK DARULIS
(TYPE OR PRINT NAME)

▶ Mark Darulis
(SIGNATURE OF DEFENDANT/APPELLANT OR ATTORNEY)

**NOTICE OF APPEAL**
(Infraction)

Cal. Rules of Court,
rule 182

G.1

**EXHIBIT H**

1  Mark Daniels
2  3802 Rosecrans #442
3  San Diego Ca 92110
4  619-793-7288
5  Plaintiff - Pro Per

FILED

2007 NOV 13 PM 3:01

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

6
7        United States District Court
8         Southern District of California

9                                          '07 CV   2170 JLS (LSP)
10  Mark Daniels
                    Plaintiff               Case # _____
11  U
12  City of San Diego, San Diego            42 U.S.C. § 1983 Action
13  Police Officer Hirshman # 3773,
14  C+D Towing Specialists, Inc, San
15  Diego Parking Enforcement Officer
16
17  Parker # 8024, San Diego Appeals
18  Clerk Martha Flores,
19                    Defendants
20
21        Now comes plaintiff, Mark Daniels and states the above
22  defendants have violated the 4th and 14th amendments contained
23  in the United States Constitution and requests an appropriate
24  judgement against them.

25              Incident # I - Facts

26
27        On 11-15-05 at approximately 11:00AM plaintiff was
28  riding his motorcycle, following all traffic laws, down Kettner

H.1

one in the City of San Diego minding his own business not bothering anyone. A San Diego police officer (Hilsbman #3773) pulled next to plaintiff and for no reasonable cause ordered him over to the side of the road which plaintiff complied with.

Without a warrant the officer began inspecting ("searching") plaintiffs motorcycle and then claimed a problem existed with a turn signal and began to cite the plaintiff. Plaintiff then asserted all his common law and constitutional rights, whereupon the officer announced plaintiff was under arrest, handcuffed him, took him into custody and caused plaintiff to be incarcerated. The officer also ordered the tow (seizure) of plaintiffs motorcycle.

After plaintiff was released from incarceration he went to the tow yard (C&D Towing Specialists, Inc.) to retrieve his motorcycle and the tow yard would not release the motorcycle until plaintiff paid to the City of San Diego a Negligent Impound Fee of $102.00 and an Administrative Fee of $72.00. The tow yard explained it was in their contract with the City to collect these 2 fees for the City.

To get his motorcycle out of tow plaintiff had to pay these 2 fees plus another $150.00 to the tow yard for the tow (which is 3 times the normal rate for the distance towed if a private citizen would have requested a tow) and $20.00 for storage making the total bill $344.00

On 12-14-05 the case was dismissed. (Y258094)

2

H.2

## Cause of Action # 1

Police officer Hirshman # 3773 had no reasonable cause to seize plaintiff therefore violating the 4th amendment to the U.S. Constitution making the subsequent arrest, incarceration, and tow of plaintiffs motorcycle an unconstitutional act for which plaintiff is entitled to compensation.

## Cause of Action # 2

It is the policy of the City of San Diego to enforce Resolution R-295739 (Formerly R-287839). This Resolution permits the assessment of the $72.00 Administrative Fee one must pay to get their vehicle released from the tow yard, but this fee is only assessed if the driver of the vehicle is arrested. The City indicates that California Vehicle Code 22850.5 permits the assessment of this fee.

This is a complete fraud by the City. All vehicles ordered towed by City employees (except stolen vehicles) are assessed a Negligent Impound Fee of $102.00 (How the City arrives at this amount is unknown and public records exist that in the past the City has overcharged the public this fee). However, the Negligent Impound Fee is justified by C.V.C. 22850.5 but just because in cases where the driver is arrested another $72.00 Administrative Fee is added to the tow bill this

3

H.3

does not comply with C.V.C. 22850.5 or any other state
or federal law. CVC 22850.5 only allows the City to impose
" a charge equal to its administrative costs <u>relating to the removal,
impound, storage, or release of the vehicles.</u> " (Emphasis added)
which is the $102.00 Negligent Impound Fee. There is no where
in CVC 22850.5 or any other state or federal law that allows
another fee to be assessed (Administrative Fee - $72.00) if the
driver is arrested.

    This fraudulent action by the City by enforcing this
Resolution is depriving the public and plaintiff out of their vehicles
until they pay a fraudulent fee no law permits. This appears
to violate the Due Process clause of the 14th amendment.

    Due Process as defined by the U.S. Supreme Court in <u>Daniel
v Williams</u> 474 U.S. 327, 337 (1986) is " A guarantee of procedural
fairness." It is not procedurally fair for the City to retain
seizure of the public's towed vehicles until they pay to the City
an Administrative Fee no law permits.

    By violating Due Process the City then also violates the
4th amendment by retaining seizure of the publics and plaintiffs vehicle
without any reasonable case. Plaintiff seeks appropriate damages

    1 The City appears to try to trick the public into believing the
" Administrative Fee" is legal by playing word games. CVC 22850.5
permit Cities to charge a fee " equal to its <u>administrative</u> costs..."
(emphasis added) associated with the tow of vehicles, but it is the
" Negligent Impound Fee" the City charges for the "<u>administrative</u> costs"
The illegal "Administrative Fee" the City charges has nothing to do with
    C V C 22850.5.           4

H.4

<u>Cause of Action # 3</u>

C+D Towing Specialists, Inc. (who charged plaintiff $150.00 for a $50.00 tow) towed plaintiffs motorcycle at the direction of the San Diego police and would not release his motorcycle until he paid the illegal Administrative Fee. The written contract between C+D and the City in Section 3.10 permits C+D to collect the $102.00 Negligent Impound Fee but no where in the contract allows C+D to retain seizure of a vehicle until the owner pays them another $72.00 for the Administrative Fee.

Therefore C+D is even more guilty of taking part in the Due Process/Unreasonable Seizure[2] claim plaintiff submits against the City because they don't even have any contractual right to retain seizure of vehicles until the owner pays the illegal Administrative Fee.[3] Plaintiff seeks appropriate damages.

2  Private tow companies that tow at the direction of police can be held responsible for constitutional violations - See <u>Goichman v Rhueban</u> 682 F2d 1320, 1322 (1982)

3  Plaintiff suggests a reasonable deduction of why the $72.00 Administrative Fee is not in the tow contract is because the City knows the fee is illegal. If it was in the contract for the tow companies to collect, the tow company attorneys would immediately recognize that collecting the Administrative Fee <u>and</u> the Negligent Impound Fee would be "double billing" the tow victim for the same service and make an issue about it.

5

H.5

Incident # II - Facts

On 11-16-05 plaintiff was issued a traffic infraction (62074787) by a San Diego county sheriff for violating CVC 22350 (Speed - 70+ in a 65). On 1-30-06 plaintiff timely filed a pre-trial motion to dismiss the case and it was denied on 2-21-06. On 3-6-06 plaintiff changed his not guilty plea to no contest, but reserved his right to appeal the denial of his pre-trial motion. Plaintiff timely went through the appellate process and on 3-28-07 the denial of plaintiffs appeal became final.

Believing his appeal had wrongly been denied plaintiff filed a motion to vacate his plea on 4-30-07 and on 5-23-07 the motion was denied. On 6-19-07 plaintiff attempted to file a timely notice of appeal concerning the denial of his motion to vacate his plea and appeals clerk Martha Flores of the South Bay Superior Court refused to accept it.

Cause of Action # 1

This incredulous act of appeals clerk Martha Flores of refusing to accept plaintiffs Notice of appeal for filing, prevented plaintiff from contesting his plea that did not meet the constitutional standards set by the U.S. Supreme Court in McCarthy v US 394 US 459, 467 (1969) and Boykin v Alabama 395 US 238 (1969).

Plaintiff does not know of many other acts that could compare to this for violating the Due Process clause of the 14th amendment and Martha Flores is liable to plaintiff for all damages suffered.

6

H.6

Incident #III - Facts

On 10-14-06 plaintiffs vehicle was parked on a public street in San Diego Ca. Department of Parking Enforcement officer Parker # 8024 ordered the tow (seizure) of plaintiffs vehicle for expired registration. Plaintiff admits the plate on his vehicle indicated that it was expired by 30 days, but CVC 22651 (o)(1) only permits the seizure of vehicles whose registration is expired in excess of 6 months. The vehicle was eventually sold off at auction

Cause of Action #1

Officer Parker # 8024 had no reasonable cause in violation of the 4th amendment to order the seizure of plaintiffs vehicle and therefore is liable to plaintiff for all damages suffered because of the unconstitutional seizure.

Incident #IV - Facts

On 7-23-07 plaintiff entered a San Diego hospital for treatment of a severe burn. He had parked his vehicle on a nearby street and when he returned he had received a parking citation for violating San Diego Municipal Code 86.2014 (No residential permit for parking)

7

H.7

Cause of Action # 1

S.D.M.C 86.2014 violates the equal protection clause of the 14th amendment. The City of San Diego cannot restrict parking on a public street to only a portion of the public. Plaintiff seeks appropriate damages for his constitutional violation.

Conclusion

Plaintiff admits he personally is not out a huge amount of money due to the constitutional violations of the defendants, but the larger picture is that some of the violations affect the entire public bringing in the defendants great amounts of money. (ex. The unconstitutional Administrative Fee in Incident # I cheats the public out of about $1,000,000 a year and ends up in the pockets of the City of San Diego.)

Therefore as a deterrent to the defendants from continuing their unconstitutional practices plaintiff seeks $10,000 in compensatory and punitive damages for each cause of action in this complaint. If prosecution is successful, plaintiff also asks for filing fees, possible 42 USC § 1988 costs, and any other costs the Court sees fit.

Mark Darulis

3802 Rosecrans # 442
San Diego Ca 92110
619-793-7288
Plaintiff - Pro Per

8

H.8