```
 1  DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
    Superior Court of California, County of San Diego
 2  By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
 3  220 West Broadway
    San Diego, California 92101
 4  Telephone: (619) 531-3036
 5  Facsimile: (619) 685-6606
 6
    Attorneys for Defendant, Martha Flores, Court Operations Clerk of the Superior
 7      Court of California, County of San Diego (Erroneously sued and served as
 8      "San Diego Appeals Clerk Martha Flores")
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DARULIS,<br><br>           Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO ET AL.,<br><br>           Defendants. | Case No.: 07-CV-02170-JLS-LSP<br><br>**PROOF OF SERVICE**<br><br>[Local Rules 5.3, 5.4(c)] |

I, PUI TSANG, declare that: I am over the age of eighteen years and not a party to the above-referenced case; I am employed in, or am a resident of, the County of San Diego, California where the mailing occurs; and my business address is: 220 W. Broadway, San Diego, California.

I further declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

PROOF OF SERVICE - 1

On December 28, 2007, I served the following document(s): **DEFENDANT STATE TRIAL COURT CLERK'S NOTICE OF MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE; DEFENDANT STATE TRIAL COURT CLERK'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE; REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT STATE TRIAL COURT CLERK'S MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE; DECLARATION IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE ON DEFENDANT STATE COURT TRIAL COURT CLERK'S MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE; EXHIBIT TABLE OF CONTENTS & EXHIBITS A-H** by placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

**Mark Darulis**
**3802 Rosecrans #442**
**San Diego, CA 92110**

I then sealed each envelope and deposited said envelope(s) in the U.S. Postal Pick up box, this same day, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 28, 2007



PUI TSANG