1  Mark Danulis
2  3802 Rosecrans # 442
3  San Diego Ca 92110
4  619 793 72 88
5  Plaintiff Pro Per

FILED
2008 JAN 16 PM 12:09
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____VNH_____ DEPUTY

United States District Court
Southern District of California

Mark Danulis, Plaintiff
v
City of San Diego et. al
Defendant

Case # 07CV2170 JLS (LSP)

Plaintiffs Opposition to Court Operations Clerk Motion to Dismiss

Date: 2-15-08
Time: 10:30 AM
Ctrm: 6
Judge: J.L. Sammartino

Now comes plaintiff and opposes defendants Motion to Dismiss for the following reasons.

<u>Judicial / Clerk Immunity</u>

At no time ever was defendant clerk Martha Flores instructed by a judge to refuse to time-stamp his notice of appeal. She took it upon herself to refuse this ministerial task. She has no immunity. See <u>Snyder v Nolen</u> 380 F 3d. 279 (2004), <u>McCray v Maryland</u> 456 F. 2d 1 (1972).

## Abstention Doctrine

This Doctrine does not apply to the present case. Plaintiff is not appealing a state court decision to a federal court. Plaintiff is properly suing the defendant for her unconstitutional act.

Just because plaintiff went to a judge to Order her to file his Notice of Appeal and she refused has nothing to do with her actions <u>before</u> plaintiff went to the judge. In fact going to the judge was the proper response to the clerks actions. See <u>Snyder v Nolan</u> 380 F 3d 279 (2004)

For the foregoing reasons plaintiff requests the defendants Motion for Dismissal be denied.

Mark Daulis
3802 Rosecrans # 442
San Diego Ca. 92110
619 793 7288

Plaintiff - Pro Per

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)

Mark Darulis
3802 Rosecrans #442
San Diego CA 92110
619-793-7288

ATTORNEY(S) FOR Pro Per

Mark Darulis

vs

City of San Diego et. al.

CASE NUMBER

07 CV 2170 JLS (LSP)

PROOF OF SERVICE

I declare that:

I am (a resident of/employed in) the county of San Diego, California.
(County where mailing occurred)

I am over the age of eighteen years and not a party to the within cause; my (business/residence) address is: 3802 Rosecrans #442 San Diego Ca 92110

on 1-16-08 , I served the within Plaintiffs Opposition to the City of S.D. Ltd Motion to Dismiss
(Date)

Plaintiffs Opposition to Lant Operation Clk on the Defendants
Motion to Dismiss

in said cause, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego Ca addressed as follows:

Eugene Gordon - Assistant City Attorney
1200 3rd Ave # 1100
S.D. Cal 92101

Cheryl Brierta - Litigation Attorney
220 W. Broadway
S.D. Cal 92101

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on

1-16-08 , at San Diego , California.
(Date)                    (Place)

MARK DARULIS        Mark Darulis
(Type or Print Name)      (Signature)