1  DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
   Superior Court of California, County of San Diego
2  By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
3  220 West Broadway
   San Diego, California 92101
4  Telephone: (619) 531-3036
5  Facsimile: (619) 685-6606

6  Attorneys for Defendant, Martha Flores, Court Operations Clerk of the Superior
7      Court of California, County of San Diego (Erroneously sued and served as
8      "San Diego Appeals Clerk Martha Flores")

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DARULIS, | Case No.: 07-CV-02170-JLS-LSP |
| Plaintiff, | **PROOF OF SERVICE** |
| | [Local Rules 5.3, 5.4(c)] |
| v. | |
| CITY OF SAN DIEGO ET AL., | |
| Defendants. | |

I, PUI TSANG, declare that: I am over the age of eighteen years and not a party to the above-referenced case; I am employed in, or am a resident of, the County of San Diego, California where the mailing occurs; and my business address is: 220 W. Broadway, San Diego, California.

I further declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

PROOF OF SERVICE - 1

1  On January 30, 2008, I served the following document(s): **REPLY BY
2  DEFENDANT, MARTHA FLORES, CLERK OF THE CALIFORNIA
3  COURT, IN SUPPORT OF MOTION TO DISMISS** by placing a true copy of
4  each document in a separate envelope addressed to each addressee, respectively, as
5  follows:

6
**Mark Darulis**
7  **3802 Rosecrans #442**
**San Diego, CA 92110**
8

9   I then sealed each envelope and deposited said envelope(s) in the U.S. Postal
10  Pick up box, this same day, at my business address shown above, following
11  ordinary business practices.
12   I declare under penalty of perjury under the laws of the State of California
13  that the foregoing is true and correct.
14
15  Executed on January 30, 2008
16                                                              PUI TSANG
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE - 2