| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone (619) 793-7288 | FOR COURT USE ONLY |
|---|---|---|
| **Mark Darulis** <br> 3802 Rosecran #442 <br> San Diego, CA 92110 <br> E-MAIL | FAX | FILED <br> 2008 FEB 11 PM 4:18 <br> SOUTHERN DISTRICT COURT <br> DISTRICT OF CALIFORNIA <br> BY _____ DEPUTY |
| ATTORNEY FOR (Name): **IN PROPRIA PERSONA** | | |

| US District Court - Southern District of California | | |
|---|---|---|
| STREET ADDRESS: | **880 Front St** | |
| MAILING ADDRESS: | **Ste 4290** | |
| CITY AND ZIP CODE: | **San Diego, CA 92101--890** | |
| BRANCH NAME: | **Southern District of California** | |

| PLAINTIFF: | **Mark Darulis** |
|---|---|
| DEFENDANT: | **City of San Diego et al** |

| PROOF OF SERVICE | FILE NUMBER | COURT CASE NUMBER |
|---|---|---|
| | 2008145276 | 07CV2170 JLS (LSP) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):
   **Complaint, Summons**

3. a. Party served:    **C & D Towing Specialist Inc. Ellen Berblinger, controller, auth.**
   b. Person served:   **party in item 3a**

4. Address where party was served:    **8332 Case St**
   **La Mesa, CA 91942-2919**

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 1/28/2008 (2)at: 11:29 AM.

7. Person who served papers:
   a. Name:    **D Welch 1547**
   b. Address: **San Diego County Sheriff Sheriff's Civil Office 250 E Main St El Cajon, CA 92020-3949**
   c. Telephone number: **(619) 441-4564**
   d. The fee for service was: **$35.00**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: January 29, 2008

Sheriff's Authorized Agent
William B. Kolender, Sheriff

JULIUS _____

Hearing: **<No Information>**

Judicial Council form POS-010                Original                184259