1  Lynn M. Beekman, SBN 149325
   WERTZ McDADE WALLACE MOOT & BROWER
2  A Professional Corporation
   945 Fourth Avenue
3  San Diego, California 92101
   (619) 233-1888 / Fax: (619) 696-9476
4
   Attorneys for Defendant C&D Towing
5  Specialists, Inc.

6

7

8                **UNITED STATES DISTRICT COURT**

9                **SOUTHERN DISTRICT OF CALIFORNIA**

10 | MARK DARULIS,                          | CASE NO. 07CV2170JLS (LSP)
11 |            Plaintiff,                  | **PROOF OF SERVICE**
12 |      v.                                |
13 | CITY OF SAN DIEGO; SAN DIEGO           |
   | POLICE OFFICER HIBSHMAN #3773; C&D     |
14 | TOWING SPECIALISTS, INC.; SAN DIEGO    | Ctrm:             6, 3rd Floor
   | PARKING ENFORCEMENT OFFICER            | Judge:            Janis L. Sammartino
15 | PARKER #8024; SAN DIEGO APPEALS        | Complaint Filed:  November 13, 2007
   | CLERK MARTHA FLORES,                   |
16 |                                        | Trial Date:       Not Set
   |            Defendants.                 |
17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 945 Fourth Avenue, San Diego, California 92101.

On February 19, 2008, I served true copies of the following document(s) described as **ANSWER TO COMPLAINT** on the interested parties in this action as follows:

| | |
|---|---|
| Mark Darulis<br>3802 Rosecrans #442<br>San Diego, CA 92110<br>Tel: (619) 793-7288<br>Plaintiff in Pro Per | Eugene P. Gordon, Esq.<br>City Attorney's Office<br>1200 Third Avenue, Suite 1200<br>San Diego, CA 92101<br>Tel: (619) 533-5821<br>Fax: (619) 533-5856<br>Attorney for Defendants City of San Diego,<br>San Diego Police Officer Hibshman; San<br>Diego Parking Enforcement Officer Patricia<br>Parker |

Darlene A. Dornan, Court Counsel
Superior Court of California
By: Cheryl L. Brierton, Litigation Attorney
220 West Broadway
San Diego, CA 92101
Attorneys for Martha Flores, Court Operations
Clerk of the Superior Court of California,
County of San Diego

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Wertz McDade Wallace Moot & Brower's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 19, 2008, at San Diego, California.

/s/ Tomi Lee Stant
Tomi Lee Stant

**WERTZ McDADE WALLACE MOOT & BROWER**
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
Tel (619) 233-1888 • Fax (619) 696-9476