**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

DARULIS   v. CITY OF SAN DIEGO                           No. 07CV2170-LAB(LSP)

HON. LEO S. PAPAS          CT. DEPUTY JENNIFER JARABEK       Rptr. _____

                                  Attorneys
        Plaintiffs                                          Defendants

Due to the pendency of Defendants' motions to dismiss, the Early Neutral Evaluation Conference on April 4, 2008, at 9 a.m. will be held telephonically with Mr. Darulis and counsel for defendants. Other than Mr. Darulis, who is proceeding pro se, party representatives need not participate. The Court will initiate the conference call. The parties shall call the Court's research attorney at (619)557-6384 and provide contact information for conference call participants.

  X    Copies to: Counsel of Record            ____ Notified by Telephone

DATED: March 27, 2008

                                          _____
                                          Hon. Leo S. Papas
                                          U.S. Magistrate Judge