**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

DARULIS   v. CITY OF SAN DIEGO                            No. 07cv2170-LAB(LSP)

HON. LEO S. PAPAS          CT. DEPUTY JENNIFER JARABEK      Rptr. _____

                                Attorneys
    Plaintiffs                                              Defendants


The date and time of the Early Neutral Evaluation Conference on April 4, 2008, at 9 a.m. is vacated and reset for April 15, 2008, at 2 p.m. The conference will be held telephonically with Mr. Darulis and counsel for defendants. Other than Mr. Darulis, who is proceeding pro se, party representatives need not participate. The Court will initiate the conference call. The parties shall call the Court's research attorney at (619)557-6384 and provide contact information for conference call participants.

  X    Copies to: Counsel of Record              ____ Notified by Telephone

DATED: April 3, 2008

                                                   Hon. Leo S. Papas
                                                   U.S. Magistrate Judge