## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DARULIS    v. CITY OF SAN DIEGO                                  No. 07CV2170-LAB(LSP)

HON. LEO S. PAPAS     CT. DEPUTY JENNIFER JARABEK     Rptr.  25 min.

                                    Attorneys

| Plaintiffs | Defendants |
|---|---|
| Mark Darulis pro se | Gene Gordon |
|  | Lynn Beekman |

Early Neutral Evaluation Conference held.  As discussed, the parties will exchange information.  The Court defers the issuance of deadlines for compliance with F.R.C.P. Rule 26 (a)(1)(A-D) and Rule 26(f) until after the parties have accessed the information exchange and a ruling has been made as to the pending motion to dismiss.

  X    Copies to:  Counsel of Record           _____  Notified by Telephone

DATED: April 15, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge