1  MICHAEL J. AGUIRRE, City Attorney
   EUGENE P. GORDON, Deputy City Attorney
2  California State Bar No. 42615
        Office of the City Attorney
3       1200 Third Avenue, Suite 1100
        San Diego, California 92101-4100
4       Telephone:  (619) 533-5800
        Facsimile:   (619) 533-5856
5
   Attorneys for Defendants CITY OF SAN DIEGO, BYRON HIBSHMAN
6  AND PATRICIA PARKER

7

8              UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA DIVISION

10 MARK DARULIS,                    )  Case No. 07cv2170JLS (LSP)
                                    )
11            Plaintiff,            )
                                    )  **NOTICE OF SUPPLEMENTARY**
12     v.                           )  **AUTHORITY**
                                    )
13 CITY OF SAN DIEGO; SAN DIEGO POLICE )
   OFFICER HIBSHMAN #3773, C&D TOWING )
14 SPECIALISTS, INC.; SAN DIEGO PARKING )
   ENFORCEMENT OFFICER PARKER #8024, )
15 SAN DIEGO APPEALS CLERK MARTHA   )  Judge:       Hon. Larry A. Burns
   FLORES,                          )  Ctrm;.       9, 2nd Floor
16                                  )  Cmplt Filed: 11/13/07
              Defendants.           )  Trial:       Not Set
17 _____)

18     Defendants CITY OF SAN DIEGO, BRYON HIBSHMAN and PATRICIA PARKER

19 hereby bring to the Court's attention the recent case of *Johnson v. Riverside Healthcare System*

20 *LP*, 516 F.3d 759 (9th Cir. 2008), a case decided by the Ninth Circuit that was filed on

21 February 13, 2008.

22     Defendants believe that language in the opinion on pages 769-770 is relevant with respect

23 to the issue involved in the First Cause of Action in the instant case, a case which the Court has

24 taken under submission.

25 ///

26 ///

27 ///

28 ///

                                    1

Counsel for Defendant C&D Towing Specialist, Inc. concurs that the Court should be made aware of the *Johnson* case. Plaintiff stated that he objects to the "timeliness" of this notice.

Dated: April 23, 2008          MICHAEL J. AGUIRRE, City Attorney


By   /s/
     Eugene P. Gordon
     Deputy City Attorney

Attorneys for Defendants CITY OF SAN DIEGO, BYRON HIBSHMAN AND PATRICIA PARKER