

**FILED**

**5/27/08**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

Mark Darulis                                                07cv2170 LAB(LSP)

-v-

City of San Diego, et al.

# STRICKEN DOCUMENT

**21-Notice of Response to Plaintiffs Notice of Def. C&D Towings Failure to Produce from Defendant C&D Towing Specialists, Inc.**

**21**