## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DARULIS     v. CITY OF SAN DIEGO                                No. 07CV2170-LAB(LSP)

HON. LEO S. PAPAS        CT. DEPUTY JENNIFER JARABEK        Rptr. _____

                                    Attorneys
    Plaintiffs                                                  Defendants

Pursuant to discussions during the Early Neutral Evaluation Conference on April 15, 2008, and as reflected in the Court's subsequent order (Doc. 19), the parties agreed to voluntarily exchange information in order to evaluate their respective positions for settlement purposes. The exchange of information is complete, however, the position of the parties is unchanged.

  X    Copies to:  Counsel of Record            _____ Notified by Telephone

DATED: May 29, 2008

                                                    Hon. Leo S. Papas
                                                    U.S. Magistrate Judge