UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DARULIS,<br><br>                Plaintiff,<br><br>v.<br><br>C&D TOWING SPECIALISTS, INC.,<br><br>                Defendant. | Civil No. 07CV2170-LAB(LSP)<br><br>ORDER SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

In consideration of the recent ruling granting Defendants Hibshman, Parker and the City of San Diego's Motion to Dismiss and Plaintiff and Defendant C&D Towing Specialist's unchanged settlement positions the Court issues the following orders:

1. Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26.

2. The Rule 26(f) conference shall be completed before <u>July 18, 2008</u>;

/ /

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before <u>August 1, 2008</u>;

4. A discovery plan shall be <u>lodged</u> with Magistrate Judge Papas on or before <u>August 1, 2008</u>; and,

5. A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on <u>August 8, 2008</u>, at <u>8:30 a.m.</u>, in the chambers of Magistrate Judge Leo S. Papas. Plaintiff and defense counsel may participate by telephone conference call. The Court will initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: June 18, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge