Mark Danulis
3802 Rosecrans #442
San Diego Ca. 92110
619-793-7288

NUNC PRO TUNC
JUN 30 2008

FILED
JUL 02 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States District Court
Southern District of California

Mark Danulis
  Plaintiff
v
City of San Diego, et al
  Defendant

Case # 07CV2170-LAB (LSP)

Plaintiffs Motion to File an Amended Complaint

Now comes plaintiff Mark Danulis and motions to file an amended complaint in this case as stated by the Courts Order of 6-18-08.

Mark Danulis
3802 Rosecrans # 442
San Diego Ca 92110
619-793-7288
Plaintiff - Pro Per

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)

Mark Darulis
3802 Rosecrans #442
San Diego CA 92110
619-793-7288

ATTORNEY(S) FOR Pro Per

Mark Darulis
Plntff
vs
City of San Diego et al
Dfndnt

CASE NUMBER

07CV2170-CAB(LSP)

**PROOF OF SERVICE**

I declare that:

I am (a resident of/employed in) the county of San Diego, California.
(County where mailing occurred)

I am over the age of eighteen years and not a party to the within cause; my (business/residence) address is: 3802 Rosecrans #442 San Diego Ca 92110

On 6-28-08, I served the within Plntffs Mtn To File An Amended Complnt on the Defndnts
(Date)

in said cause, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego Ca addressed as follows:

Attorny Eugene Gordon
1200 3rd Ave #1100
San Diego Ca 92101

Attorny Lynn Beekman
945 4th Ave
San Diego Ca. 92101

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on
6-28-08 at San Diego Ca, California.
(Date)                      (Place)

MARK DARULIS                Mark Darulis
(Type or Print Name)        (Signature)