# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DARULIS,<br><br>                   Plaintiff,<br>   vs.<br><br>CITY OF SAN DIEGO, et al.,<br><br>                   Defendants. | CASE NO. 07cv2170-LAB (LSP)<br><br>**ORDER DENYING MOTION TO FILE AMENDED COMPLAINT** |

On June 18, 2008, the Court dismissed Plaintiff's claims against the City of San Diego without prejudice. Plaintiff was ordered to obtain leave to amend before filing any amended complaint. *See* Fed. R. Civ. P. 15(a)(2).

Plaintiff filed a motion to file an amended complaint, which contains nothing more than a sentence requesting leave to file an amended complaint. He has not explained why his request should be granted — for example, by attaching a proposed amended complaint as an exhibit, or by explaining how he believes he can amend his complaint to cure the defects identified in the order of dismissal.

Although Plaintiff filed his motion *ex parte* rather than by noticed motion, he failed to comply with the requirements for *ex parte* applications set forth in the Court's standing order in civil cases. *See* Standing Order, ¶ 8.

/ / /

The motion to file an amended complaint is therefore **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

DATED: July 3, 2008

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge