1  Mark Davis
2  3802 Rosecrans #442
3  San Diego Ca 92110
4  619-793-7288
   Plaintiff - Pro Per

FILED
2008 JUL 17  AM 11:52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

NUNC PRO TUNC
JUL 15 2008

United States District Court
Southern District of California

Mark Davis, Plaintiff
   v
City of San Diego, et.al
              Defendant

Case # 07CV2170-LAB (LSP)

Plaintiff's Application To
File An Amended Complaint
F.R.C.P. 15(a)(2)

On 6-18-08 the Court dismissed plaintiffs claim against the City of San Diego without prejudice and instructed him to seek leave before filing an amended complaint. On 6-30-08¹ the clerk of courts recieved plaintiffs papers seeking to file an amended complaint and filed on 7-7-08 the Court denied plaintiff papers for various reasons without prejudice.

Plaintiff now submits an application to file an amended complaint stating an explanation of how he believes the City is violating the 4th amendment by holding the publics (and plaintiff) vehicles in seizure without probable cause.

### 4th Amendment Violation

1. The 4th amendment requires probable cause to exist to seize (or hold in seizure) a persons property.

2. City of San Diego Resolution 287838 (App 1) calls for a persons vehicle to be held in seizure until they pay a $72.00 Unlicensed Driver Fee (Also referred to as Administrative fee - See App 5-6). This fee is only assessed if the driver of the vehicle is arrested.

¹ But filed on 7-2-08

3. The legal foundation of R-287838 is on page 1 of the Resolution and state "Whereas California Vehicle Code Section 22850.5 authorizes city governments to collect fees that are reasonable and directly related to services provided;"

4. California Vehicle Code section 22850.5 (App 7) only authorizes a city government to collect a "charge equal to its administrative costs <u>relating to the removal, impound, storage, or release of the vehicles,</u>" (emphasis added)

5. California Vehicle Code section 22850.5 does not allow a city government to collect a fee for being arrested (See #2)

6. Therefore the legal foundation of R-287838 is error of law.

7. R-287838 is being used by the City as <u>probable cause</u> to hold the public's vehicles in seizure until they pay a fee for being arrested.

8. Error of law, which is the legal foundation of R-287838, cannot be used as a legitimate probable cause.[2]

9. Therefore the City of San Diego is holding the public's vehicles in seizure without a legitimate probable cause, thereby violating the 4th amendment.

## Conclusion

Due to the 4th amendment violation plaintiff submits against the City, plaintiff applies to this Court to file an amended complaint.

Mark Dowler
3802 Rosecrans #442
San Diego Ca. 92110
619-793-72
Plaintiff - Pro Per

---

[2] Although R-287838 may have a noble purpose that still does not justify violating the Constitution.

<u>Declaration and Certification.</u>

Plaintiff declares and certifies under penalty of perjury he has telephonically met and conferred with counsel for the City of San Diego and C+D Towing Specialists Inc. Counsel for the City of San Diego has responded to the preceding paper stating "The Application does not state a claim upon which relief can be granted" and counsel for C+D Towing Specialists does not oppose the filing of this Application.

Mark Darula
3802 Rosecrans # 452
San Diego Ca. 92110
619 793 7288
Plaintiff - Pro Per

Judge Burns Standing Order ¶ 8 as stated in his Order of 7-7-08

appendix

CLERK'S FILE COPY

(R-97-252)

RESOLUTION NUMBER R- 287838

ADOPTED ON SEP 16 1996

WHEREAS, the City of San Diego desires to implement a program called San Diego Traffic Offenders Program (STOP), to be funded in part by a grant from the California Office of Traffic Safety (OTS), a copy of which is on file in the Office of the City Clerk as Document No. 287838, and by a Seventy-Two Dollar ($72.00) Unlicensed Driver Vehicle Impound Fee; and

WHEREAS, the purpose of the STOP program is to identify, cite, and impound the vehicles of, drivers who are unlicensed and/or whose licenses have been suspended and/or revoked pursuant to authority granted by California Vehicle Code sections 14602.6; 14607.6; 22651(p); 22651(h); 22651(h)(2), for offenses committed while driving with no license, or on a suspended or revoked license, or any offense when the person is arrested and taken into custody; and

WHEREAS, California Department of Motor Vehicles data indicates that there are approximately 45,450 drivers in the City of San Diego whose licenses have been suspended or revoked; the number who have never been licensed, or who continue to drive on an expired license, is unknown; and approximately thirty-nine percent of all fatal and/or felony collisions investigated by the San Diego Police Department involve drivers who are unlicensed, or who are driving with suspended or revoked licenses; and

WHEREAS, California Vehicle Code Section 22850.5 authorizes city governments to collect fees that are reasonable and directly related to services provided; and

WHEREAS, a detailed study indicates that an Unlicensed Driver Vehicle Impound Fee of

-PAGE 1 OF 1-

A1

Seventy-Two Dollars ($72.00) is a current, conservative and reasonable estimate of Police Department and City Attorney costs for documenting, researching, prosecuting, tracking and releasing the subject impounded vehicles; and

WHEREAS, OTS funding of the STOP grant is contingent upon City's good-faith effort to implement a cost-recovery Unlicensed Driver Vehicle Impound fee on targeted drivers; NOW THEREFORE,

BE IT RESOLVED, by the Council of The City of San Diego, that the City Manager be and is hereby authorized and empowered, for and on behalf of the City of San Diego, to apply for, accept and expend the San Diego Traffic Offenders Program (STOP) grant from the California Office of Traffic Safety, as described in the finalized Award Document approved by OTS.

BE IT FURTHER RESOLVED, that this authorization shall include all aspects of program operation including any amendments, matching resources, extensions, renewals, or future funding for this program for a period of up to five years, provided funding is made available by the California Office of Traffic Safety, and to certify that the City will comply with all applicable statutory or regulatory requirements related to said program.

BE IT FURTHER RESOLVED, that any resources received from this grant shall not be used to supplant expenditures controlled by this body.

BE IT FURTHER RESOLVED, that an Unlicensed Driver Vehicle Impound Fee in the amount of Seventy-Two Dollars ($72.00) per impound be adopted by the City for the purpose of recovering costs of Police Department vehicle impound expenses, and that this fee shall be over and above any current or future administrative impound fee(s) levied by the City pursuant to

A2

vehicle impounds, and over and above any other fees or costs associated with towing, storage and other incidental costs related to vehicle impounds.

BE IT FURTHER RESOLVED, that the effective date of the Unlicensed Driver Vehicle Impound Fee shall be thirty (30) days after the passage of this Resolution.

BE IT FURTHER RESOLVED, that the Unlicensed Vehicle Impound Fee shall be levied upon each vehicle impound, where the vehicle is impounded for the reasons stated above, where the driver is unlicensed or whose license is under suspension or revocation, except in the following circumstances:

- Impounded vehicles which at the time of impound were reasonable claimed or believed to have been stolen from the legal owner shall be exempt from the Unlicensed Driver Vehicle Impound Fee; and

1. Police Department officials shall have the authority to waive, forego or excuse the Unlicensed Driver Vehicle Impound Fee on a case-by-case basis in situations which may arise that warrant the exercise of prudent discretion in levying this fee.

BE IT FURTHER RESOLVED, that all Unlicensed Driver Vehicle Impound Fee funds collected under the authority of this Resolution shall be used for STOP and related programs.

BE IT FURTHER RESOLVED, that the Council hereby authorizes the City Manager, by and through the Chief of Police, to execute all aspects of the Unlicensed Driver Vehicle Impound Fee collection and program operation, including any amendments thereof, and to certify that the City will comply with all applicable statutory or regulatory requirements related to said program.

BE IT FURTHER RESOLVED, that the City Clerk be authorized to include the Unlicensed Driver Vehicle Impound Fee in the Ratebook of City Fees and Charges.

APPROVED: JOHN W. WITT, City Attorney

By *(signed)* Joseph M. Battaglino
Joseph M. Battaglino
Deputy City Attorney

JMB:DJW:cdk
08/29/96
Or.Dept:Police
R-97-252
Form=r-t.res

# O&A TOWING SPECIALISTS, INC
## 8332 CASE STREET
## LA MESA, CA 91942-2919 PH: 619 463-8697

| | | |
|---|---|---|
| Invoice No: 46109 | Call No: 2005111500082 | Invoice Date: 11/15/2005 |
| PO No: | Account No: SDPD | Ticket No: 22651H |
| Customer: | | |
| MARK DARULIS | | |
| 3802 ROSCRANS #442 | | |
| SAN DIEGO CA 92109 | | |
| CA B9296912 | | |

Reference No: 0511150050

Comments: CM

### Service Data

| | | | |
|---|---|---|---|
| Year: 1980 | License: CA -15P8417 | Requestor: | |
| Make: KAWA | Service Date/Time: | Call Back Name: | |
| Model: NINJA | VIN: KZT00B524361 | Call Back Phone: 619-531-2650 |
| Tow Miles: | Responding Unit: | | |

Call Address
1000 KETTNER Sandiego

Destination Address
2286 MAIN ST SAN DIEGO

| Date | Qty | Service | Description | Price | Amount |
|---|---|---|---|---|---|
| 11/15/2005 | 4.0 | STORAGE05 | STORAGE 2005 | 5.00 | 20.00 |
| 11/15/2005 | 1.0 | ADMIN | Administration Fee | 72.00 | 72.00 |
| 11/15/2005 | 1.0 | NIP | Negligent Impound | 102.00 | 102.00 |
| 11/15/2005 | 1.0 | Tow | SDPD LD Tow - Under 9500 | 150.00 | 150.00 |

Sub Total : $ 344.00

Total : $ 344.00

| Due Date | Terms | Amount Paid | Paid Date | Amount Due |
|---|---|---|---|---|
| 11/15/2005 | | $ 344.00 | 11/15/2005 | $ 0.00 |

Cash = 344.00

### Invoice Notes

I certify that I have the right to release this vehicle. I agree to hold harmless the tow company from any and all claims.

**For Impound Release Only**

Released To: MARK DARULIS

Signed: [signature] Date: 11-15-05

Registered MARK DARULIS
Owner 3802 ROSCRANS #442
SAN DIEGO CA

B9296912

Driver License Number

A5

| Reason | Description | Program Fee Type |
|---|---|---|
| 14602-6 | Suspended License | NIP |
| 14602-6 | Suspended License | ULD |
| 14602.6(a) | 30-Day ULD | NIP |
| 14602.6(a) | 30-Day ULD | ULD |
| 14607-6 | Vehicle Forfeiture | NIP |
| 14607-6 | Vehicle Forfeiture | ULD |
| 14607.6 | Vehicle Forfeiture | NIP |
| 14607.6 | Vehicle Forfeiture | ULD |
| 14607.6(a) | R/O Prior Susp License | NIP |
| 14607.6(a) | R/O Prior Susp License | ULD |
| 14607.6(c) | Unable to Produce License | NIP |
| 14607.6(c) | Unable to Produce License | ULD |
| 22651(a) | Blocking Traffic | NIP |
| 22651(b) | Blocking Traffic | NIP |
| 22651(d) | Blocking Driveway | NIP |
| 22651(e) | Blocking Fire Hydrant | NIP |
| 22651(f) | Unattended on Freeway > 4 hour | NIP |
| 22651(h) | Driver in Custody | ADMIN |
| 22651(h) | Driver in Custody | NIP |
| 22651(h)(1) | Driver in Custody | ADMIN |
| 22651(h)(1) | Driver in Custody | NIP |
| 22651(h)(2) | DUI under 21 | ADMIN |
| 22651(h)(2) | DUI under 21 | NIP |
| 22651(i) | 5 or more Citation | NIP |
| 22651(j) | No Registration Displayed | NIP |
| 22651(k) | 72 Hour Violation | NIP |
| 22651(l) | Tow Away Signs, Street Repair | NIP |
| 22651(m) | Parked on Highway | NIP |
| 22651(n) | No Parking / Tow-Away Zone | NIP |
| 22651(o) | Registration Expired over 6 mo | NIP |
| 22651(p) | Suspended / Revoked License | NIP |
| 22651(p) | Suspended / Revoked License | ULD |
| 22651(r) | Blocking Vehicle | NIP |
| 22651.5 | Vehicle with Alarm Ringing | NIP |
| 22651.6 | Involved in Speed Contest | NIP |
| 22651.9(a) | Removal of Vehicle for Sale | NIP |
| 22662 | Illegal Handicapped Parking | NIP |
| 22655(a) | Impound for Investigation | NIP |
| 22655.3 | Removal for Investigation | NIP |
| 22656 | RxR Row Within 7.5 Feet | NIP |
| 22669 | Abandoned | NIP |
| 22669(a) | Abandoned / Hazard | NIP |
| 22669(d) | Abandoned / Unsafe | NIP |
| 23109-2A | 30 Day Hold - Illegal Speed | NIP |
| 23109.2 | 30 Day Hold - Illegal Speed | NIP |
| 81.09(a)(1) | 72 - hour Violation | NIP |
| 81.09(a)(2) | No Parking Zone | NIP |
| 81.09(a)(3) | Temp Tow- Away Zone | NIP |
| 86.19.2 | 72 HR Violation - City Prop | NIP |

A6

he service authority determined the apportionment

division, the Controller may allocate to the service of the abandoned vehicle abatement funds received l in subdivision (b) of Section 9250.7, for calendar

roller pursuant to subdivision (d) may be revised ion, including compliance with any dates described Controller, respectively, in the year in which the lliance with that procedure shall only be required if

 abatement" means the removal of a vehicle from ns after the vehicle has been marked as abandoned er of the service authority.

 date that all revenues received by the authority expended.

led by Stats.1991, c. 928 (A.B.1886), § 30, eff. Oct. c. 272 (S.B.112), § 2, eff. Aug. 15, 1997; Stats.2001, Stats.2004, c. 650 (A.B.3047), § 11.)

atutory Notes

nuisance" for "public nuisances", and substituted "vehicle or part" for "vehicles or parts"; in the first sentence of subd. (d)(2), substituted "an abandoned vehicle abatement program" for "abandoned vehicle abatement programs"; deleted the second sentence in the second paragraph of subd. (d)(2), which had read "The report shall be submitted to the Controller not later than 90 calendar days following the end of the previous quarter."; in the second sentence of subd. (d)(3), substituted "shall submit it" for "shall, not later than January 1 of the following year, submit it"; rewrote subd. (d)(4), which had read:

"(4) Except as provided in subdivision (e), the Controller shall make no allocations for a calendar year to a service authority for which an approved plan was not received on or before January 1 of that year, or when a county has failed to provide its annual report as required in paragraph (2)."

In the first sentence of subd. (e), added "by the service authority"; and deleted the third sentence of subd. (e), which had read "A service authority that is newly formed and has not complied with subdivision (d) may so comply after the dates specified in subdivision (d) by submitting an approved plan on or before those dates in the year in which the plan is submitted."

Reimbursement provisions relating to Stats.2004, c. 650 A.B.3047), see Historical and Statutory Notes under Streets and Highways Code § 302.

ferences

.2

POSITION

Section
22851. Lien on stored vehicle.
22851.2. Disposition of low-valued vehicle.

erline; deletions by asterisks * * *

---

| Section | |
|---|---|
| 22851.3. | Disposal of low-value vehicle by public agency after removal of abandoned vehicle; procedure. |
| 22851.4. | Satisfaction of lien. |
| 22851.6. | Satisfaction of lien; low-valued vehicles; forms. |
| 22851.8. | Disposal of low-valued vehicle. |
| 22851.10. | Disposal of low-valued vehicle; dismantler or scrap iron processor; forms and information; reconstruction of vehicle. |
| 22852. | Storage; notice; hearing; application of section. |
| 22854.5. | Notifying National Law Enforcement Telecommunication System whenever officer or employee of public agency directs storage of vehicle under this chapter; means of notification. |
| 22855. | Appraisers. |

### § 22850.5. Impounded vehicles; release procedures; charges for administrative costs

(a) A city, county, or city and county, or a state agency may adopt a regulation, ordinance, or resolution establishing procedures for the release of properly impounded vehicles and for the imposition of a charge equal to its administrative costs relating to the removal, impound, storage, or release of the vehicles. Those administrative costs may be waived by the local or state authority upon verifiable proof that the vehicle was reported stolen at the time the vehicle was removed.

(b) The following apply to any charges imposed for administrative costs pursuant to subdivision (a):

(1) The charges shall only be imposed on the registered owner or the agents of that owner and shall not include any vehicle towed under an abatement program or sold at a lien sale pursuant to Sections 3068.1 to 3074, inclusive, of, and Section 22851 of, the Civil Code unless the sale is sufficient in amount to pay the lienholder's total charges and proper administrative costs.

(2) Any charges shall be collected by the local or state authority only from the registered owner or an agent of the registered owner.

(3) The charges shall be in addition to any other charges authorized or imposed pursuant to this code.

(4) No charge may be imposed for any hearing or appeal relating to the removal, impound, storage, or release of a vehicle unless that hearing or appeal was requested in writing by the registered or legal owner of the vehicle or an agent of that registered or legal owner. In addition, the charge may be imposed only upon the person requesting that hearing or appeal.

No administrative costs authorized under subdivision (a) shall be charged to the legal owner who redeems the vehicle unless the legal owner voluntarily requests a poststorage hearing. No city, county, city and county, or state agency shall require a legal owner or a legal owner's agent to request a poststorage hearing as a requirement for release of the vehicle to the legal owner or the legal owner's agent. The impounding agency shall not require the legal owner or the legal owner's agent to produce any documents other than those specified in paragraph (3) of subdivision (f) of Section 14602.6 or paragraph (3) of subdivision (e) of Section 14602.7. <u>The impounding agency shall not require any documents to be notarized.</u>

(Added by Stats.1993, c. 614 (A.B.481), § 3. Amended by Stats.1996, c. 1142 (S.B.1797), § 13, eff. Sept. 30, 1996; Stats.1996, c. 1156 (A.B.3157), § 5.5; Stats.1998, c. 169 (A.B.1329), § 1; Stats.1999, c. 456 (S.B.378), § 15; Stats.2001, c. 554 (A.B.783), § 4; Stats.2002, c. 402 (A.B.1883), § 9.)

#### Historical and Statutory Notes

**2001 Legislation**

Stats.2001, c. 554 (A.B.783), in subd. (b)(4), added the second paragraph.

**2002 Legislation**

Stats.2002, c. 402 (A.B.1883), at the end of the second paragraph of subd. (b)(4), inserted, "The impounding agency shall not require any documents to be notarized."

#### Cross References

Driving without a license, impounding vehicle, see Vehicle Code § 14602.6.
Fleeing or evading a peace officer, impounding vehicle, see Vehicle Code § 14602.7.

Traffic laws, seizure and impoundment of vehicles, see Vehicle Code § 21100.4.

### § 22851. Lien on stored vehicle

(a)(1) Whenever a vehicle has been removed to a garage under this chapter and the keeper of the garage has received the notice or notices as provided herein, the keeper shall have a lien dependent upon possession for his or her compensation for towage and for caring for and keeping safe the vehicle for a

NAME, ADDRESS, AND TELEPHONE NUMBER
OF ATTORNEY(S)

Mark Darulis
3802 Rosecrans #442
San Diego CA 92110
619-793-7288

ATTORNEY(S) FOR: Pro Per

Mark Darulis
   Plaintiff
      vs
City of Sa Diego, et. al.
   Defendants

CASE NUMBER

07CV2170-LAB-(LSP)

PROOF OF SERVICE

I declare that:

I am (a resident of/employed in) the county of San Diego, California.
(County where mailing occurred)

I am over the age of eighteen years and not a party to the within cause; my (business/residence) address is: 3802 Rosecrans #442 Sa Diego Ca 92110

On 7-15-08, I served the within Plaintiff Application To File An Amended Complaint F.R.C.P. 15(a)(2) on the Defendants
(Date)

in said cause, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego Ca, addressed as follows:

Attorney Eugene Gordon          Attorney Lynn Beekman
1200 3rd Ave #1100              945 4th Ave
San Diego Ca 92                 San Diego Ca 92102

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on

7-15-08, at San Diego, California
(Date)        (Place)

MARK DARULIS                    Mark Darulis
(Type or Print Name)            (Signature)