1  Lynn M. Beekman, SBN 149325
   Amberlynn K. Deaton, SBN 239196
2  WERTZ McDADE WALLACE MOOT & BROWER
   A Professional Corporation
3  945 Fourth Avenue
   San Diego, California 92101
4  (619) 233-1888 / Fax: (619) 696-9476

5  Attorneys for Defendant C&D Towing
   Specialists, Inc.
6
7
8
                    **UNITED STATES DISTRICT COURT**
9
                    **SOUTHERN DISTRICT OF CALIFORNIA**
10

| MARK DARULIS, | CASE NO. 07CV2170LAB (LSP) |
|---|---|
| Plaintiff, | **DEFENDANT C&D TOWING SPECIALISTS, INC.'S DISCOVERY PLAN** |
| v. | |
| CITY OF SAN DIEGO; SAN DIEGO POLICE OFFICER HIBSHMAN #3773; C&D TOWING SPECIALISTS, INC.; SAN DIEGO PARKING ENFORCEMENT OFFICER PARKER #8024; SAN DIEGO APPEALS CLERK MARTHA FLORES, | |
| | Judge: Larry Alan Burns |
| | Complaint Filed: November 13, 2007 |
| Defendants. | Trial Date: Not Set |

Pursuant to Federal Rule of Civil Procedure 26(f) and the court's Order setting Rule 26 Compliance and Notice of Case Management Conference, dated June 18, 2008, defendant C&D Towing Specialists, Inc. (hereinafter, "C&D Towing") has met and conferred with plaintiff Mark Darulis to discuss a discovery plan. The following implements the Discovery Plan discussed by the parties.

A.  <u>Changes to Timing, Form or Requirement for Disclosures Under Rule 26(a)</u>

Pursuant to the Court's June 18, 2008 order, the Rule 26(a)(1)(A-D) disclosures will be made on or before August 1, 2008.

The disclosure of expert testimony and materials, pursuant to Rule 26(a)(2), shall take place 90 days before the trial date, unless otherwise directed by the Court. If the expert evidence

1  or testimony is intended solely to rebut or contradict expert evidence or testimony on the same
2  subject matter as that disclosed by a party pursuant to Rule 26(2)(b), the disclosure shall be made
3  within 30 days after disclosure by the other party.

4        The parties pretrial disclosures, pursuant to Rule 26(a)(3), shall take place 30 days before
5  trial, unless otherwise directed by the Court. Within 14 days thereafter, unless a different time is
6  specified by the Court, a party may serve and file a list disclosing any permissible objections to
7  the pre-trial disclosures, as set forth in Rule 26(a)(3)(C).

8        All disclosures must be made in writing, signed and served, as set forth in Rule 26(a)(4).

9      B.    <u>The Subjects of Discovery and When Discovery Should be Completed</u>

10       The parties may seek discovery regarding any matter, not privileged, that is related to the
11 claim or defense of any party, in conformance with Rule 26(b). The parties may use any method
12 of discovery set forth in Rule 26(a)(5) and in any sequence, as set forth in Rule 26(d).

13       Discovery shall be completed as set forth above. Discovery will not be conducted in
14 phases or be limited to specific issues.

15     C.    <u>Discovery of Electronically Stored Information</u>

16       Electronically stored information regarding the programmed fees generated by the San
17 Diego Police Department computer software is within the custody and control of the City of San
18 Diego and its Police Department.

19     D.    <u>Claims of Privilege or Protection</u>

20       The parties shall address any claims of privilege or protection of trial preparation materials
21 in conformance with Rules 26(b)(5) and 26(c).

22     E.    <u>Other Limitations or Requested Orders</u>

23       The parties shall supplement their disclosures and discovery responses as set forth in Rule
24 26(e). The parties seek no other limitations or discovery order at this time.

25 ///
26 ///
27 ///
28 ///

WERTZ MCDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
Tel (619) 233-1888 • Fax (619) 696-9476

| | | |
|---|---|---|
| 1 | Dated: July 31, 2008 | WERTZ McDADE WALLACE MOOT & BROWER<br>A Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/ Lynn M. Beekman |
| 5 | | Lynn M. Beekman<br>Attorneys for Defendant C&D Towing Specialists, Inc. |

WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
Tel (619) 233-1888 • Fax (619) 696-9476

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK DARULIS,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF SAN DIEGO; et al.<br><br>          Defendants. | CASE NO. 07CV2170JLS (LSP)<br><br>**DECLARATION OF SERVICE**<br><br>Judge:             Larry Alan Burns<br>Complaint Filed:  November 13, 2007<br><br>Trial Date:        Not Set |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the service below the following documents: Defendant C & D Towing Specialists, Inc.'s Discovery Plan by U.S. Mail, by placing a copy in a sealed envelope and placing it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practices as to the following party:

Mark Darulis, 3802 Rosecrans, #442, San Diego, CA, 92110

Executed: July 31, 2008, at San Diego, California.

/s/ Tomi Lee Stant
Tomi Lee Stant

WERTZ MCDADE WALLACE MOOT & BROWER
A Professional Corporation
945 Fourth Avenue
San Diego, California 92101
Tel (619) 233-1888 • Fax (619) 696-9476