1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9           **SOUTHERN DISTRICT OF CALIFORNIA**
10

11   MARK DARULIS,                                    CASE NO. 07cv2170-LAB (LSP)

12                                Plaintiff,          **ORDER DENYING MOTION TO**
                                                      **FILE AMENDED COMPLAINT;**
13           vs.                                      **AND**

14                                                    **ORDER DISMISSING CLAIMS**
                                                      **WITH PREJUDICE; AND**
15   CITY OF SAN DIEGO, et al.,
                                                      **ORDER TO SHOW CAUSE RE:**
16                                Defendants.         **JURISDICTION**

17

18          On June 18, 2008, the Court dismissed Plaintiff's claims against the City of San Diego

19   without prejudice and ordered him to obtain leave to amend before filing an amended

20   complaint. On July 2, 2008, Plaintiff filed a motion to file an amended complaint, which the

21   Court denied without prejudice. Plaintiff then submitted a second motion to file an amended

22   complaint ("Second Motion to Amend") which was filed *nunc pro tunc* to July 15, 2008.

23          Federal Rule of Civil Procedure 15(a) imparts the Court with the discretion to freely

24   grant a party leave to amend when "justice so requires."  Fed. R. Civ. P. 15(a). Granting

25   leave to amend is subject to the qualification that the amendment is not futile. *See DCD*

26   *Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987).

27          Plaintiff's Second Motion to Amend characterizes his claim as arising under the

28   Fourth Amendment. (Second Motion to Amend at 1:23.) He argues the fees imposed were

1  not authorized by state law, and therefore, "probable cause" to seize his vehicle did not exist.

2  (*Id*. at 2:1–9.)  This is in fact a dispute about the meaning and application of state law and

3  therefore not a Fourth Amendment claim. (*See* Order of June 18, 2008 at 6:12–16.)  There

4  is no basis for this Court's exercise of jurisdiction over this claim.

5          Because further amendments would be futile, the Second Motion to Amend is

6  **DENIED** and the Court finds it proper to **DISMISS** the claims against the City of San Diego

7  with **PREJUDICE**.

8          The only remaining claims are against Defendant C&D Towing Specialists, Inc.

9  ("C&D") arising from towing and storage fees Plaintiff alleges are not authorized under state

10 law.  Because it appears Plaintiff's claims against C&D arise under state law and because

11 the Complaint gives no other basis for this Court's exercise of jurisdiction, it appears the

12 Court lacks jurisdiction to hear these claims.  The Court is under a continuing obligation to

13 examine its own jurisdiction, even *sua sponte* if necessary.  *B.C. v. Plumas Unified Sch.*

14 *Dist.*, 192 F.3d 1260, 1264 (9th Cir. 1999).

15         Plaintiff is therefore **ORDERED TO SHOW CAUSE** why his remaining claims should

16 not be dismissed for lack of jurisdiction.  He may do so by filing a memorandum of points

17 and authorities, no longer than seven pages, not counting any lodged or appended material,

18 no later than **28 calendar days from the date this order is issued**.  **Should he fail to**

19 **show cause as ordered within the time permitted, this action may be dismissed**

20 **without prejudice without further notice to him.**

21         **IT IS SO ORDERED**.

22 DATED: July 31, 2008

23                         *Larry A. Burns*

24                         **HONORABLE LARRY ALAN BURNS**
                           United States District Judge

25

26

27

28