**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

DARULIS _____ v. CITY OF SAN DIEGO _____          No. 07CV2170-LAB(LSP)

HON. LEO S. PAPAS        CT. DEPUTY JENNIFER JARABEK        Rptr. _____

                                    Attorneys

    Plaintiffs                                           Defendants

_____          _____        _____

_____          _____        _____

_____          _____        _____


The date and time of the Case Management Conference on August 8, 2008, at
8:30 a.m. is vacated and reset for September 26, 2008, at 8:30 a.m.


    X      Copies to:  Counsel of Record        _____  Notified by Telephone

DATED:  August 5, 2008

                                    _____
                                    Hon. Leo S. Papas
                                    U.S. Magistrate Judge