1 | John H. Stephens, SBN 082971
Amberlynn K. Deaton, SBN 239196
2 | WERTZ McDADE WALLACE MOOT & BROWER
A Professional Corporation
3 | 945 Fourth Avenue
San Diego, California 92101
4 | (619) 233-1888 / Fax: (619) 696-9476

5 | Attorneys for Defendant C&D Towing
Specialists, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MARK DARULIS, | CASE NO. 07CV2170LAB (LSP) |
|---|---|
| Plaintiff, | NOTICE OF CHANGE OF ATTORNEY WITHIN THE OFFICE OF WERTZ MCDADE WALLACE MOOT & BROWER |
| v. | |
| CITY OF SAN DIEGO; SAN DIEGO POLICE OFFICER HIBSHMAN #3773; C&D TOWING SPECIALISTS, INC.; SAN DIEGO PARKING ENFORCEMENT OFFICER PARKER #8024; SAN DIEGO APPEALS CLERK MARTHA FLORES, | Ctrm:<br>Judge: Larry Alan Burns<br>Complaint Filed: November 13, 2007 |
| Defendants. | Trial Date: Not Set |

TO:   THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that effective immediately, John H. Stephens, California State Bar No. 082971 and Amberlynn Deaton, California State Bar No. 239196, of Wertz McDade Wallace Moot & Brower, A Professional Corporation, located at 945 Fourth Avenue, San Diego,

///
///
///
///
///

1  California 92101, are hereinafter the attorneys assigned to the above-entitled litigation in place and
2  instead of Lynn M. Beekman.
3
4  Dated: August 15, 2008                    Respectfully submitted,
5
                                             WERTZ McDADE WALLACE MOOT & BROWER
6                                            A Professional Corporation
7
8                                            By: _____
                                                 John H. Stephens
9                                                Amberlynn K. Deaton
10                                               Attorneys for Defendant C&D Towing Specialists,
                                                 Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DARULIS,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO; et al.<br><br>   Defendants. | CASE NO. 07CV2170JLS (LSP)<br><br>**DECLARATION OF SERVICE**<br><br>Judge:     Larry Alan Burns<br>Complaint Filed: November 13, 2007<br><br>Trial Date:   Not Set |

  I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the service below the following documents: NOTICE OF CHANGE OF ATTORNEY WITHIN THE OFFICE OF WERTZ MCDADE WALLACE MOOT & BROWER.

  By electronic filing, I served each of the above referenced documents by E filing in accordance with the rules governing the electronic filing of documents in the Unites States District Court for the Southern District of California, as to the following parties:

  Cheryl Lynn Brierton: cheryl.brierton@sdcourt.ca.gov;
  Eugene P. Gordon: egordon@sandiego.gov

  By U.S. Mail, by placing a copy in a sealed envelope and placing it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practices as to the following party:

  Mark Darulis, 3802 Rosecrans, #442, San Diego, CA, 92110

  Executed: August 15, 2008, at San Diego, California.

                   _____
                   Lori Lofaro

[199930v1/3272-003]