Mark Davis
3802 Rosecrans # 442
San Diego Ca 92110
619-793-7288
Plantff - Pro Per



United States District Court
Southern District of California

Mark Davis
        Plantff
  v
City of San Diego et. al
        Defendant

Case # 07CV2170-LAB (LSP)

Plantiff Memorandum Of Points
And Authorities That The Court
Has Jurisdiction Over C+D
Towing Specialist, Inc.
(Show Cause)

    The Tow Contract[1] between the City of San Diego and C+D Towing Specialist, Inc. (C+D) along with other private tow companies, in Section 3.10 (App 1) sanctions C+D and the others to hold the publics vehicles in seizure until they collect a fee that satisfies California Vehicle Code 22850.5. After that fee is collected (presently $102.00) along with other costs the vehicle is released from seizure.

    Resolution 287838 that was passed by City of San Diego council members was adopted on September 16, 1996 (App 4) This Resolution is nothing more than an "invention" by the City Council members and is not validly sanctioned by any federal or state law. This Resolution calls for the seizure and/or vehicle to be held in seizure if the driver of the vehicle is arrested. To release the seizure the public must pay an <u>additional</u> fee of $72.00 that is collected

[1] Written in July of 1994 but became effective January 1, 1995

by the tow company.

C+D has no contractual agreement with the City to hold vehicles in seizure pending the collection of the $72.00 fee. Therefore as a willing partner with the City in the seizure of vehicles they are subject to constitutional standards. (See Goichman v Rheuban 682 F2d 1320, 1322 (1982).

Without a contractual agreement with the City to hold vehicles in seizure pending the collection of the $72.00 fee they are violating the 4th amendment of seizure without probable cause, therefore invoking federal jurisdiction.

Mark Dawlis
3802 Rosecrans #442
San Diego Ca. 92110
619-793-7288
Plaintiff - Pro Per

*appendix*

available, the City, shall ascertain and utilize some similar criterion and establish, retroactively, a figure for the computation.

Any increase in the City Standard Rates will trigger a proportional increase in the City's Referral Fee.

### 3.10 Negligent Impound Payment

The Contractor shall collect the City's administrative fee that is assessed to owners of vehicles impounded as the result of owner negligence, through the City's Negligent Impound Cost Recovery Program (Resolution Number R-278498, Adopted on August 5, 1991). Contractor shall only be required to pay to the City those City administrative fees which Contractor was responsible to collect on released vehicles.

Contractor(s) shall pay a weekly *Negligent Impound Payment* to the City beginning on the Wednesday of the week following the services commencement date; thereafter, weekly Negligent Impound Payments shall be made one (1) week in arrears on the Wednesday of each successive week of the term of the contract, unless earlier terminated pursuant to contract provisions.

The weekly Negligent Impound Payment shall be an amount equal to the rate on file in the Ratebook of City Fees and Charges maintained by the City Clerk (presently, forty-seven dollars ($47)) multiplied by the total number of vehicles released by the Contractor during the preceding week that were stored by the City for violating any of the following sections of the California Vehicle Code (CVC) or San Diego Municipal Code (SDMC):

    a.) 22651(b) CVC    Hazard to the flow of traffic
    b.) 22651(d) CVC    Blocking a driveway
    c.) 22651(e) CVC    Blocking fire hydrant access
    d.) 22651(h) CVC    Operator taken into custody and it isn't practical to legally park or lock the vehicle

I, CHARLES G. ABDELNOUR, Clerk of the City of San Diego, California, hereby certify that this is a true copy of papers on file and of record in the office of the Clerk of said City.

CHARLES G. ABDELNOUR, City Clerk

By _____, Deputy

Dated 6/27/2005

A1

1      e.) 22651(i) CVC     Unpaid parking citations

2      f.) 22651(j) CVC     Illegally parked and no evidence of registration displayed

3      g.) 22651(k) CVC     Parking over 72 hours, Section 81.09(a)(1) SDMC

4      h.) 22651(l) CVC     Temporary tow away signs for street repairs, Section
5      81.09(a)(3) SDMC

6      i.) 22651(n) CVC     No parking tow away signs posted, Section 81.09(a)(2) SDMC

7      j.) 22651(o) CVC     Registration expired in excess of one (1) year

8      k.) 22651(p) CVC     Suspended or revoked license (Section 14601 CVC),
9      unlicensed driver or driving a vehicle for which the driver is not licensed
10     (Section 12500 CVC)

11     l.) 22651(r) CVC     Illegally parked vehicle, blocking a legally parked vehicle

12     m.) 22651.5 CVC     Unattended vehicle with ringing alarm

13     n.) 22652 CVC     Vehicle illegally parked in handicapped parking space

14     o.) 22669 CVC     Abandoned/hazard to public welfare

15     p.) 86.19.2 SDMC     Illegal parking in City parking lots or facilities

16     q.) 86.19.4 SDMC     Unattended boat or unattended boat trailer

When a vehicle is impounded for one (1) or more of the listed violations, the City will provide to the Contractor's tow truck driver a copy of the vehicle's Impound Report (ARJIS 11) on which the City will have marked the *AGENCY HOLD* box and listed the applicable section(s) violated in the *STORAGE AUTHORITY AND REASON* box.

Negligent Impound Payments due the City shall be made payable to the City Treasurer, or at the direction of the City Treasurer deposited into specified bank accounts. Deposits and deposit receipts, accompanied by a detailed accounting of monies received during the reporting period (preceding week), shall immediately be forwarded to the Licensing Unit of the San Diego Police Department.

The rate on file in the Ratebook of City Fees and Charges maintained by the City Clerk used in the equation that determines the amount of the monthly Negligent

I, CHARLES G. ABDELNOUR, Clerk of the City of San Diego, California, hereby certify that this is a true copy of papers on file and of record in the office of the Clerk of said City.

CHARLES G. ABDELNOUR, City Clerk
By _____ Deputy

A2

Impound Payment, may be adjusted at any time at the sole discretion of the City with sixty (60) days prior written notice to the Contractor(s).

The list of CVC and SDMC violations applicable to the Negligent Impound Payment program may be amended at any time at the sole discretion of the City with sixty (60) days prior written notice to the Contractor(s).

The Contractor(s) may charge the owner of a vehicle towed pursuant to Program Guidelines and at the initiation of the City, a fee equal to or less than the current per vehicle rate for the Negligent Impound Payment. However, the Contractor shall not charge the owner of a vehicle towed at the initiation of the City a fee greater than the current per vehicle rate for the Negligent Impound Payment, or any other fee associated to the Contractor charging or collecting fees from vehicle owners or making its Negligent Impound Payments to the City.

Vehicles towed pursuant to the Negligent Impound Payment program that are abandoned or not claimed by their owners shall have the Negligent Impound Payment added to their account as an amount due the City. Such fees are collectable by the City from surplus lien sale monies in the manner prescribed by state law.

3.11  Referral Fee Payment

The Contractor for each Tow District shall make quarterly Referral Fee payments to the City for the exclusive right to provide towing and storage services to the City within that Tow District. The Referral Fee payment shall be calculated on a *per vehicle referred basis* of thirty-five dollars and twenty-six cents ($35.26). Cancellations shall not be included in this total.

The minimum allowable quarterly Referral Fee payment amount for each Tow District shall be seven thousand five hundred dollars ($7,500). The Referral Fee is payable to the City Treasurer's Office on the fifteenth day of the calendar month following the end

A3

CLERK'S FILE COPY

///

(R-97-252)

RESOLUTION NUMBER R- 287838

ADOPTED ON   SEP 16 1996

WHEREAS, the City of San Diego desires to implement a program called San Diego Traffic Offenders Program (STOP), to be funded in part by a grant from the California Office of Traffic Safety (OTS), a copy of which is on file in the Office of the City Clerk as Document No. 287838, and by a Seventy-Two Dollar ($72.00) Unlicensed Driver Vehicle Impound Fee; and

WHEREAS, the purpose of the STOP program is to identify, cite, and impound the vehicles of, drivers who are unlicensed and/or whose licenses have been suspended and/or revoked pursuant to authority granted by California Vehicle Code sections 14602.6; 14607.6; 22651(p); 22651(h); 22651(h)(2), for offenses committed while driving with no license, or on a suspended or revoked license, or any offense when the person is arrested and taken into custody; and

WHEREAS, California Department of Motor Vehicles data indicates that there are approximately 45,450 drivers in the City of San Diego whose licenses have been suspended or revoked; the number who have never been licensed, or who continue to drive on an expired license, is unknown; and approximately thirty-nine percent of all fatal and/or felony collisions investigated by the San Diego Police Department involve drivers who are unlicensed, or who are driving with suspended or revoked licenses; and

WHEREAS, California Vehicle Code Section 22850.5 authorizes city governments to collect fees that are reasonable and directly related to services provided; and

WHEREAS, a detailed study indicates that an Unlicensed Driver Vehicle Impound Fee of

-PAGE 1 OF 1-

A4

Seventy-Two Dollars ($72.00) is a current, conservative and reasonable estimate of Police Department and City Attorney costs for documenting, researching, prosecuting, tracking and releasing the subject impounded vehicles; and

WHEREAS, OTS funding of the STOP grant is contingent upon City's good-faith effort to implement a cost-recovery Unlicensed Driver Vehicle Impound fee on targeted drivers; NOW THEREFORE,

BE IT RESOLVED, by the Council of The City of San Diego, that the City Manager be and is hereby authorized and empowered, for and on behalf of the City of San Diego, to apply for, accept and expend the San Diego Traffic Offenders Program (STOP) grant from the California Office of Traffic Safety, as described in the finalized Award Document approved by OTS.

BE IT FURTHER RESOLVED, that this authorization shall include all aspects of program operation including any amendments, matching resources, extensions, renewals, or future funding for this program for a period of up to five years, provided funding is made available by the California Office of Traffic Safety, and to certify that the City will comply with all applicable statutory or regulatory requirements related to said program.

BE IT FURTHER RESOLVED, that any resources received from this grant shall not be used to supplant expenditures controlled by this body.

BE IT FURTHER RESOLVED, that an Unlicensed Driver Vehicle Impound Fee in the amount of Seventy-Two Dollars ($72.00) per impound be adopted by the City for the purpose of recovering costs of Police Department vehicle impound expenses, and that this fee shall be over and above any current or future administrative impound fee(s) levied by the City pursuant to

vehicle impounds, and over and above any other fees or costs associated with towing, storage and other incidental costs related to vehicle impounds.

BE IT FURTHER RESOLVED, that the effective date of the Unlicensed Driver Vehicle Impound Fee shall be thirty (30) days after the passage of this Resolution.

BE IT FURTHER RESOLVED, that the Unlicensed Vehicle Impound Fee shall be levied upon each vehicle impound, where the vehicle is impounded for the reasons stated above, where the driver is unlicensed or whose license is under suspension or revocation, except in the following circumstances:

- Impounded vehicles which at the time of impound were reasonable claimed or believed to have been stolen from the legal owner shall be exempt from the Unlicensed Driver Vehicle Impound Fee; and

1. Police Department officials shall have the authority to waive, forego or excuse the Unlicensed Driver Vehicle Impound Fee on a case-by-case basis in situations which may arise that warrant the exercise of prudent discretion in levying this fee.

BE IT FURTHER RESOLVED, that all Unlicensed Driver Vehicle Impound Fee funds collected under the authority of this Resolution shall be used for STOP and related programs.

BE IT FURTHER RESOLVED, that the Council hereby authorizes the City Manager, by and through the Chief of Police, to execute all aspects of the Unlicensed Driver Vehicle Impound Fee collection and program operation, including any amendments thereof, and to certify that the City will comply with all applicable statutory or regulatory requirements related to said program.

BE IT FURTHER RESOLVED, that the City Clerk be authorized to include the Unlicensed Driver Vehicle Impound Fee in the Ratebook of City Fees and Charges.

APPROVED: JOHN W. WITT, City Attorney

By _____
Joseph M. Battaglino
Deputy City Attorney

JMB:DJW:cdk
08/29/96
Or.Dept:Police
R-97-252
Form=r-t.res

A7

**NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)**
Mark Darulis
3802 Rosecrans #442
San Diego CA 92110
619-793-7288

**ATTORNEY(S) FOR** Pro Per

Mark Darulis
Plaintiff

v.

City of San Diego et. al.
Defendant

**CASE NUMBER**
07CV2170-LAB (LSP)

**PROOF OF SERVICE**

I declare that:

I am (a resident of/employed in) the county of San Diego Ca (County where mailing occurred), California.

I am over the age of eighteen years and not a party to the within cause; my (business/residence) address is: 3802 Rosecrans #442 San Diego Ca 92110

On 8-23-08 (Date), I served the within Plaintiff Memorandum of Points and Authorities That The Court Has Jurisdiction Over C+D Toy Specialty L.C. on the Defendants

in said cause, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego Ca. addressed as follows:

Attorney Stephens / Deaton
945 4th Ave
San Diego Ca 92101

Attorney Eugene Gordon
1200 3rd Ave #1100
San Diego Ca 92101

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on

8-23-08 (Date), at San Diego (Place), California.

MARK DARULIS (Type or Print Name)     Mark Darulis (Signature)